**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,<br>　　　Debtors. | Chapter 11<br>Case No. 18-10601 (MFW)<br>Jointly Administered |
| AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br>　　　Plaintiff,<br>　　v.<br>MUFG UNION BANK, N.A. and UNION BANCAL EQUITIES, INC.<br>　　　Defendants. | Adv. Proc. No. 18-50486 (MFW) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 　　824 Market Street, 3rd Floor
> 　　Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Bennett Murphy, Esq.<br>Jennifer Nassiri, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: bennettmurphy@quinnemanuel.com<br>　　　jennifernassiri@quinnemanuel.com | Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Montgomery McCracken Walker & Rhoads, LLP<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>Email: nramsey@mmwr.com<br>　　　dwright@mmwr.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: United States Bankruptcy Court<br>　　　　824 North Market Street<br>　　　　Wilmington, DE 19801 | Room: Courtroom 4<br>Floor: 5th<br>Date and Time: July 30, 2018 at 11:30 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

　　　　　　　　　　　　　　　　　　　　　　/s/ Una O'Boyle
　　　　　　　　　　　　　　　　　　　　　　*Clerk of the Bankruptcy Court*

Date: June 4, 2018