Case 18-50486-MFW    Doc 5    Filed 06/18/18    Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1] | Case No. 18-10601 (MFW) |
| | Jointly Administered |
| Debtors. | |
| ------------------------------------------------- | |
| In re: | Adv. Proc. No. 18-50486 (MFW) |
| AI INTERNATIONAL HOLDINGS (BVI) LTD., | **Re: Docket No. 4** |
| Plaintiff, | |
| -against- | |
| MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC. | |
| Defendants. | |

## ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT

Upon consideration of the Certification of Counsel;[2] and upon review of such certification and the Parties' *Stipulation Extending Time for Defendants to Answer or Respond to*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

*Complaint* attached hereto as <u>Exhibit A</u> (the "<u>Stipulation</u>"); and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED** that:

  1. The Stipulation is approved.

  2. The time for Defendants to answer or otherwise respond to Plaintiff's Complaint [Adv. D.I. 1] is extended through and including thirty (30) days after the Closing Date, as such term is defined and prescribed in that certain *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* [D.I. 846].

  3. This Order is without prejudice to the rights of any party to seek a further extension if and as appropriate.

01:23329370.1

**Dated: June 18th, 2018**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2