## Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors.<br><br>-------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>               Plaintiff,<br><br>   -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC.<br><br>               Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50486 (MFW) |

**STIPULATION EXTENDING TIME FOR
DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT**

Defendants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. (together, the "Defendants") and Plaintiff AI International Holdings (BVI) Ltd., by and through their respective undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

---

[1]   The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

01:23329370.1

2

1.      The date (the "Response Deadline") by which Defendants may answer or otherwise respond to the Complaint [Adv. D.I. No. 1] filed in the above-captioned adversary proceeding is extended from July 5, 2018 through and including thirty (30) days after the Closing Date, as such term is defined and prescribed in that certain *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* [D.I. 846].

2.      Pursuant to Del. Bankr. L.R. 7012-2, the Response Deadline may be further extended by Order of the Court.

*[SIGNATURE PAGE FOLLOWS]*

01:23329370.1

Dated: June 18, 2018
    Wilmington, Delaware

| | |
|---|---|
| */s/ Sean M. Beach* | */s/ Natalie D. Ramsey* |

Robert S. Brady, Esq. (No. 2847)
Sean M. Beach (No. 4070)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253
Email: rbrady@ycst.com
        sbeach@ycst.com
        ejustison@ycst.com

-and-

SIDLEY AUSTIN LLP
Jennifer C. Hagle, Esq. (*pro hac vice*)
Ariella Thal Simonds, Esq. (*pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600
Email: jhagle@sidley.com
        asimonds@sidley.com

*Counsel to MUFG Union Bank, N.A.*

*/s/ William B. Freeman*

KATTEN MUCHIN ROSENMAN LLP
William B. Freeman (*pro hac vice*)
Jerry L. Hall (*pro hac vice*)
515 South Flower Street
Suite 1000
Los Angeles, California 90071-2212
Telephone:  (212) 940-8800
Facsimile:  (212) 940.8776
Email: bill.freeman@kattenlaw.com
        jerry.hall@kattenlaw.com

*Counsel to UnionBanCal Equities, Inc.*

Natalie D. Ramsey
Davis Lee Wright
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7828
nramsey@mmwr.com
dwright@mmwr.com

Susheel Kirpalani (admitted *pro hac vice*)
Scott Shelley (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com

Bennett Murphy (admitted *pro hac vice*)
Jennifer Nassiri (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3668
bennettmurphy@quinnemanuel.com
jennifernassiri@quinnemanuel.com

*Counsel to AI International
Holdings (BVI) Ltd.*