# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1] <br><br>Debtors. | Chapter 11 <br><br>Case No. 18-10601 (MFW) <br><br>Jointly Administered |
| --------------------------------------------------------- | |
| In re: <br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD., <br><br>                Plaintiff, <br><br>    -against- <br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC. <br><br>                Defendants. | Adv. Proc. No. 18-50486 (MFW) |
| --------------------------------------------------------- | |
| In re: <br><br>Directors Guild of America, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists; and the Writers Guild of America, West, Inc., <br><br>                Plaintiff, <br><br>    -against- <br><br>MUFG UNION BANK, N.A.; and UNION BANCAL EQUITIES, INC. <br><br>                Defendants. | Adv. Proc. No. 18-50487 (MFW) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

01:23330768.1

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Katten Muchin Rosenman LLP and Young Conaway Stargatt & Taylor, LLP, hereby enter their appearance as counsel to UnionBanCal Equities, Inc., as Administrative Agent ("UBE") and the lenders under the UBE Facility (as defined in the Declaration of Robert Del Genio in Support of First Day Relief [Dkt. No. 7]), pursuant to that certain Credit and Security Agreement dated as of October 9, 2015, in the above-captioned cases, and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel as follows:

| | |
|---|---|
| William B. Freeman, Esq. | Robert S. Brady, Esq. (No. 2847) |
| Jerry L. Hall, Esq. | Sean M. Beach, Esq. (No. 4070) |
| KATTEN MUCHIN ROSENMAN LLP | Elizabeth S. Justison, Esq. (No. 5911) |
| 515 South Flower Street | YOUNG CONAWAY STARGATT |
| Suite 1000 | & TAYLOR, LLP |
| Los Angeles, California 90071-2212 | Rodney Square |
| Telephone: (212) 940-8800 | 1000 North King Street |
| Facsimile: (212) 940-8776 | Wilmington, Delaware 19801 |
| Email: bill.freeman@kattenlaw.com | Telephone: (302) 571-6600 |
| jerry.hall@kattenlaw.com | Facsimile: (302) 571-1253 |
| | **CM/ECF Noticing**: bankfilings@ycst.com |
| - | Email: rbrady@ycst.com |
| | sbeach@ycst.com |
| | ejustison@ycst.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by UBE to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any

case against or otherwise involving UBE or (b) a waiver of any right of UBE (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which UBE is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.  This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated:  June 19, 2018          YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

*/s/ Sean M. Beach*
Robert S. Brady (No. 2847)
Sean M. Beach (No. 4070)
Elisabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253

-and-

KATTEN MUCHIN ROSENMAN LLP
William B. Freeman (pro hac vice)
Jerry L. Hall (pro hac vice)
515 South Flower Street
Suite 1000
Los Angeles, California 90071-2212
Telephone:  (212) 940-8800
Facsimile:   (212) 940.8776

*Counsel to UnionBanCal Equities, Inc.*