# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| The Weinstein Company Holdings LLC, *et al.*,[1] | : Case No. 18-10601 (MFW) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------x

AMITYVILLE HORROR ENTERPRISES, LLC,  :  Adversary Case No.:  18-50418 (MFW)
CINDY LEE STOCK, NOEL LUTZ, GABRIELLE :
LUTZ and MELISSA IRWIN,                            :
                                                                    :
                        Plaintiffs,                          :
            vs.                                                   :
                                                                    :
The Weinstein Company LLC and                    :
LANTERN ENTERTAINMENT LLC,                  :
                                                                    :
                        Defendants.                       :
                                                                    :

-------------------------------------------------------------x

AI INTERNATIONAL HOLDINGS (BVI) LTD.,  :  Adversary Case No.:  18-50486 (MFW)
                                                                        :
                        Plaintiff,                              :
            vs.                                                       :
                                                                        :
MUFG UNION BANK, N.A.; as administrative  :
and collateral agent and UNION BANCAL         :
EQUITIES, Inc.,                                              :
                                                                        :
                        Defendants.                         :
                                                                        :

-------------------------------------------------------------x

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN*
> *CANCELLED AT THE DIRECTION OF THE COURT.*

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 30, 2018 AT 11:30 A.M. (ET)

## I.    CONTINUED MATTERS:

1.    Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

   Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

   Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

   Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

   Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

   Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

RLF1 19693731v.1

Related Documents:

i.      Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii.     Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii.    Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

iv.     Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018]

Status: The status of the outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2.      Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 598 - filed April 30, 2018]

Objection / Response Deadline:        May 8, 2018 at 11:30 a.m. (ET)

Objections / Responses Received:

A.      Informal comments received from the Office of the United States Trustee for the District of Delaware (the "UST")

Related Documents:

i.      Order Granting Motion of Wind River Productions, LLC, for Expedited Hearing and Shortened Notice Regarding the Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 633 - entered April 30, 2018]

3

ii.     Notice of Hearing Regarding Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 648 - filed May 1, 2018]

Status:  The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET).

3.     Motion of Netflix for Entry of an Order Authorizing Netflix to File Under Seal (I) the Exhibits to the Declaration of Katherine Chilton in Support of Supplemental Limited Objection and Reservation of Rights of Netflix Global LLC, Netflix International B.V., Netflix Studios LLC, and Netflix, Inc. to Assumption and Assignment of Certain Contracts to the Stalking Horse Bidder and (II) the Unredacted Supplemental Objection [Docket No. 820 - filed May 7, 2018]

Objection / Response Deadline:     To be presented at the hearing.

Objections / Responses Received:

A.     Informal comments received from the UST

Related Documents:

i.     Certification of Counsel Regarding Order Approving Stipulation Regarding Assumption and Assignment of Netflix Contracts [Docket No. 1246 - filed July 17, 2018]

Status:  The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET).

4.     Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018] (the "Notice of Non-Executory Contracts")

Objection / Response Deadline:     June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on Exhibit B attached hereto.

Objections / Responses Received:     See Exhibit B attached hereto.

Related Documents:  None at this time.

Status:  The status of the outstanding objections received is noted on Exhibit B attached hereto.

RLF1 19693731v.1

5.      Motion of Sony Pictures Entertainment, Inc. and Certain of Its Affiliates to File Under Seal the Appendix of Exhibits to the Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1014 - filed June 13, 2018]

Objection / Response Deadline:   To be presented at the hearing.

Objections / Responses Received:      None at this time.

Related Documents:

i.      [SEALED] Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 926 - filed May 24, 2018]

ii.     Amended Appendix of Exhibits in Support of Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1112 - filed June 27, 2018]

Status: The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET).

6.      Motion for Entry of an Order Authorizing Speedee Distribution, LLC to File Under Seal (A) its Objection to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC, (B) Certain Exhibits Thereto, and (C) the Supporting Declaration [Docket No. 1051 - filed June 18, 2018]

Objection / Response Deadline:   To be presented at the hearing.

Objections / Responses Received:      None at this time.

Related Documents:

i.      [SEALED] Objection of Speedee Distribution, LLC to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1041 - filed June 18, 2018]

RLF1 19693731v.1

ii.     Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Motion for Entry of an Order Authorizing Speedee Distribution, LLC to File Under Seal (A) its Objection to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC, (B) Certain Exhibits Thereto, and (C) the Supporting Declaration [Docket No. 1070 - entered June 19, 2018]

iii.    Notice of Hearing on Motion for Entry of an Order Authorizing Speedee Distribution, LLC to File Under Seal (A) its Objection to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC, (B) Certain Exhibits Thereto, and (C) the Supporting Declaration [Docket No. 1081 - filed June 20, 2018]

Status: The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET).

7.     Bunim/Murray Productions, LLC's Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b) [Docket No. 1075 - filed June 19, 2018]

Objection / Response Deadline:     July 9, 2018 at 4:00 p.m. (ET); extended by agreement to July 27, 2018 at 4:00 p.m. (ET) for the Debtors

Objections / Responses Received:

Related Documents:   None at this time.

Status: The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET).

## II.    **ADVERSARY MATTERS:**

8.     Pre-trial Conference, *Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz and Melissa Irwin v. The Weinstein Company LLC and Lantern Entertainment LLC*, Adv. Pro. No. 18-50418 (MFW)

Answer Deadline:     June 1, 2018

Related Documents:

i.     Complaint for Declaratory Judgment [Adv. Docket No. 1 - filed May 2, 2018]

ii.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 - filed May 2, 2018]

6

      iii.      Answer of Lantern Entertainment LLC [Adv. Docket No. 5 - filed June 1, 2018]

      iv.      The Weinstein Company LLC's Answer to Plaintiffs' Complaint for Declaratory Judgment [Adv. Docket No. 6 - filed June 1, 2018]

      v.      Stipulation of Dismissal [Adv. Docket No. 16 - filed July 25, 2018]

Status: This matter has been dismissed.  On July 26, 2018, the Court closed this case.  Accordingly, a hearing on this matter is no longer necessary.

9.      Pre-trial Conference, *AI International Holdings (BVI) Ltd. v. MUFG Union Bank, N.A. and Union Bancal Equities, Inc.*, Adv. Pro. No. 18-50486 (MFW)

Answer Deadline:      June 1, 2018

Related Documents:

      i.      Complaint [Adv. Docket No. 1 - filed June 2, 2018]

      ii.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 - filed June 4, 2018]

      iii.      Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint [Adv. Docket No. 5 - entered June 18, 2018]

Status: The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET).

Dated: July 26, 2018
       Wilmington, Delaware

/s/ David T. Queroli

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Joseph C. Barsalona II (No. 6102)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

**Exhibit A -** *Cure Objections, Assumption and Assignment Objections, and Other Related Objections*

| Tab | Respondent | Status |
|---|---|---|
| A. | Bank Hapoalim B.M. [Docket No. 444 - filed April 26, 2018] [Supplemental Objection at Docket No. 1020 - filed June 15, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| B. | Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., and Mirsand Limited [Docket No. 454 - filed April 26, 2018] [Supplemental Objection at Docket No. 666 - filed May 2, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| C. | Endemol Shine International Limited [Docket No. 481 - filed April 27, 2018] [Supplemental Objection at Docket No. 644 - filed May 1, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| D. | Heidi Klum Company LLC, Heidi Klum LLC, and Heidi Klum [Docket No. 498 - filed April 27, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| E. | Stephen King [Docket No. 500 - filed April 27, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| F. | Beta Film GmbH [Docket No. 501 - filed April 27, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| G. | Sun Distribution Group S.A. [Docket No. 504 - filed April 27, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| H. | BRB Internacional S.A. and Apolo Films SL [Docket No. 505 - filed April 27, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| I. | View Askew Productions Inc. and Snoogans Inc. f/s/o Kevin Smith [Docket No. 506 - filed April 30, 2018 and Docket No. 507 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| J. | Voltage Pictures, LLC and Geronimo Nevada, LLC [Docket No. 509 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| K. | Kanbar Entertainment, LLC and Hoodwinked, LLC [Docket No. 510 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| L. | Viacom International Inc. [Docket No. 511 - filed April 30, 2018] | The parties are in settlement discussions. However, for the time being, the hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| M. | J.C. Penney Corporation, Inc. [Docket No. 515 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| N. | Wanda Pictures (Hong Kong) Co., Ltd. [Docket No. 516 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| O. | Netflix Global LLC, Netflix International B.V., Netflix Studios LLC, and Netflix, Inc. [Docket No. 517 - filed April 30, 2018] [Redacted Supplemental Objection at Docket No. 819 - filed May 7, 2018; Sealed Supplemental Objection at Docket No. 834 - filed May 8, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| P. | Annapurna Pictures, Inc. [Docket No. 521 - filed April 30, 2018] [Supplemental at Docket No. 767 - filed May 4, 2018; Amended Supplemental at Docket No. 869 - filed May 11, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| Q. | Cross City Films Ltd. [Docket No. 522 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| R. | OWN LLC [Docket No. 523 - filed April 30, 2018; Docket No. 703 - filed May 3, 2018] [Supplemental Response at Docket No. 934 - filed May 25, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|---|---|---|
| S. | Sartraco, Inc. and Related Parties [Docket No. 524 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| T. | Technicolor [Docket No. 525 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| U. | Black Bear Pictures [Docket No. 527 - filed April 30, 2018] [Declaration at Docket No. 530 - April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| V. | The Bully Project, LLC and Lee Hirsch [Docket No. 532 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| W. | Studiocanal S.A.S., Gaumont S.A., Wild Bunch, S.A., Delta Last Legion Ltd., Quinta Communications S.A., and Orange Studio (Formerly Studio 37) [Docket No. 533 - filed April 30, 2018] [Docket No. 597 - filed April 30, 2018] [Declarations at Docket Nos. 618, 620, 621, 669, 670, 673 - filed April 30, 2018 and May 2, 2018] [Supplemental Objection at Docket No. 818 - filed May 7, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| X. | Cykel Corp. and Jake Gyllenhaal [Docket No. 534 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| Y. | Speedee Distribution, LLC [Docket No. 536 - filed April 30, 2018] [Supplemental Objection at Docket No. 998 - filed June 8, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| Z. | Pink Fox, Inc., and Rachel McAdams [Docket No. 539 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|---|---|---|
| AA. | FilmNation Entertainment, LLC, FilmNation International, LLC, FilmNation Features, LLC, West 150 Productions, LLC, and 22nd Street Entertainment, LLC [Docket No. 540 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| BB. | Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook [Docket No. 543 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| CC. | The Pippin Owners [Sealed at Docket No. 546 - filed April 30, 2018; Redacted at Docket No. 552 - filed April 30, 2018] [Amended Objection at Docket No. 855 - filed May 10, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| DD. | JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack [Docket No. 547 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| EE. | Visiona Romantic, Inc., et al. [Docket No. 550 - filed April 30, 2018; Docket No. 713 - filed May 3, 2018] [Supplemental Response at Docket No. 933 - filed May 25, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| FF. | MUFG Union Bank, N.A. [Docket No. 551 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| GG. | Opus Bank [Docket No. 553 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| HH. | Leonardo DiCaprio and Birken Productions, Inc. Concerning the Film Django Unchained [Docket No. 555 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| II. | First Republic [Docket No. 556 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|-----|------------|--------|
| JJ. | Wind River Productions, LLC [Sealed at Docket No. 558 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| KK. | Celestial Productions Limited [Docket No. 560 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| LL. | Miramax Film NY, LLC [Sealed at Docket No. 561 - filed April 30, 2018; Redacted at Docket No. 564 - filed April 30, 2018] [Supplemental Objection at Docket No. 722 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| MM. | Company Men Productions, Inc., Concerning the Film The Company Men [Docket No. 562 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| NN. | John Fusco, Giovanni Fusco and Mud City Moving Picture Co. f/s/o John Fusco [Docket No. 565 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| OO. | Entertainment One [Docket No. 566 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| PP. | Sing Street Distribution, LLC, Sing Street Distribution and Sing Street Distribution LLC [Docket No. 567 - filed April 30, 2018; Docket No. 724 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| QQ. | Amazon Digital Services LLC, Amazon Media EU Sarl, Amazon.com International Sales, Inc. and Amazon Content Services LLC [Docket No. 568 - filed April 30, 2018] | This matter is resolved subject to entry of an agreed form of order to be submitted by the Debtors under certification of counsel. |
| RR. | Hotel Mumbai Pty Ltd. [Docket No. 569 - filed April 30, 2018] | This matter is resolved. |
| SS. | Content Partners Fund 3 SPV LP and Content Partners Fund 3 SPV1 LP [Docket No. 571 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|---|---|---|
| TT. | Jerry's Brother, Inc., and David S. Zucker [Docket No. 572 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| UU. | Amazon Studios LLC [Docket No. 573 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| VV. | Tele Munchen [Docket No. 574 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| WW. | Turner Entertainment Networks, Inc. [Docket No. 575 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| XX. | Adaptive Studios, Inc. [Docket No. 576 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| YY. | Ab Svensk Filmindustri [Docket No. 577 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| ZZ. | Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov [Docket No. 578 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| AAA. | Estate of Wes Craven [Docket No. 580 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| BBB. | Sabajka Productions II, Inc., and Julia Roberts [Docket No. 585 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| CCC. | IT Follows Productions LLC [Docket No. 586 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|---|---|---|
| DDD. | Home Box Office, Inc. [Docket No. 587 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| EEE. | Meryl Streep [Docket No. 588 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| FFF. | PC Films, LLC, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi [Docket No. 589 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| GGG. | Scavenger, LLC [Docket No. 590 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| HHH. | WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc. [Docket No. 592 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| III. | East West Bank [Docket No. 593 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| JJJ. | Butler Films LLC [Docket No. 595 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| KKK. | Channel 271 Productions LLC [Docket No. 596 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| LLL. | Bank of America, N.A. [Docket No. 599 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| MMM. | Potter, Inc. and Brad Pitt [Docket No. 600 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|---|---|---|
| NNN. | Portfolio Funding Company LLC I [Sealed at Docket No. 603 - filed April 30, 2018] [Redacted at Docket No. 604 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| OOO. | Creative Artists Agency, LLC [Docket No. 601 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| PPP. | Bruce Cohen Productions and Bruce Cohen [Docket No. 607 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| QQQ. | Author [Docket No. 613 - filed April 30, 2018] [Revised Exhibit A at Docket No. 791 - filed May 7, 2018] [Supplemental Objection at Docket No. 913 - filed May 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| RRR. | Lesia Anson [Docket No. 630 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| SSS. | IP Management, Inc., Proceeding Pro Se [Docket No. 632 - filed April 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| TTT. | Contract Counterparties [Wang Qin, Wang Hong, Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz, Melissa Irwin, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Tim Gunn Productions Inc., Tim Gunn, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] [Docket No. 668 - filed May 2, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| UUU. | Frank Miller Inc. and Frank Miller [Docket No. 683 - filed May 2, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

8

| Tab | Respondent | Status |
|---|---|---|
| VVV. | Bunim/Murray Productions, LLC [Docket No. 688 - filed May 2, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| WWW. | Full Picture, Inc. and Full Picture, LLC [Docket No. 691 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| XXX. | Ringleader Studios, Inc. [Docket No. 692 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| YYY. | Lions Gate Entertainment Corp., Lions Gate Films Inc., Anchor Bay Entertainment LLC, Starz LLC, Starz Media, LLC and Starz Entertainment LLC [Docket No. 694 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| ZZZ. | Fremantlemedia [Docket No. 695 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| AAAA. | Celestial Productions [Docket No. 697 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| BBBB. | Jennifer Aniston and Two Eleven Productions, Inc., Concerning the Film Derailed [Docket No. 699 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| CCCC. | Sony Pictures Entertainment Inc. et. al. [Docket No. 701 - filed May 3, 2018] [Redacted Version of Updated and Supplemental Objection at Docket No. 926 - filed May 24, 2018; Sealed Version of Updated and Supplemental Objection at Docket No. 927 - filed May 24, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| DDDD. | Jackpot Productions Limited f/s/o Jack Whitehall and James Graham [Docket No. 702 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|---|---|---|
| EEEE. | S. Carter Enterprises LLC's and Shawn C. Carter a/k/a Jay-Z [Docket No. 706 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| FFFF. | di Bonaventura Pictures, Inc., and Lorenzo di Bonaventura [Docket No. 707 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| GGGG. | Universal Music Enterprises, Universal Music Corp., Songs of Universal, Inc., Universal Tunes, Capitol Christian Music Group, and Capital CMG Publishing [Docket No. 708 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| HHHH. | Interscope Records, a Division of UMG Recordings, Inc., Angry Blonde Productions, Inc. Furnishing the Services of Marshall B. Mathers III, Shady Records, Inc., and Shroom Shady Music, LLC [Docket No. 709 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| IIII. | In the Heights Owners [Sealed at Docket No. 710 - filed May 3, 2018] [Redacted at Docket No. 711 - filed May 3, 2018] [Amended at Docket No. 856 - filed May 10, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| JJJJ. | 2929 Productions LLC [Docket No. 714 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| KKKK. | Nu Image, Inc. [Docket No. 715 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| LLLL. | Entertainment One [Docket No. 717 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| MMMM. | Brett Matthews [Docket No. 718 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Respondent | Status |
|---|---|---|
| NNNN. | Sun Distribution Group S.A. [Docket No. 719 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| OOOO. | Showtime Networks Inc. [Docket No. 720 - filed May 3, 2018] [Supplemental Objection at Docket No. 1224 - filed July 11, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| PPPP. | Unifi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company [Docket No. 721 - May 3, 2018] [Supplemental Objection at Docket No. 950 - filed May 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| QQQQ. | Kristen Bell and Sugarbell, Inc. [Docket No. 727 - Filed May 3, 2018] [Amended at Docket No. 785 - Filed May 7, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| RRRR. | Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation [Docket No. 728 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| SSSS. | Kevin Hart and K. Hart Enterprises, Inc. [Docket No. 733 - filed May 3, 2018] [Amended at Docket No. 786 - filed May 7, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| TTTT. | Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans [Docket No. 742 - filed May 3, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| UUUU. | Arclight Films [Docket No. 771 - filed May 4, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| VVVV. | British Broadcasting Corporation (BBC) [Docket No. 821 - filed May 7, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| WWWW. | Jeff Abbott [Docket No. 892 - filed May 16, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| XXXX. | Univision Networks & Studios, Inc. [Docket No. 912 - filed May 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| YYYY. | Hachette Book Group [Docket No. 949 - filed May 30, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| ZZZZ. | BBC Worldwide Limited [Docket No. 964 - filed June 1, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| AAAAA. | Harkins Administrative Services, Inc. [Docket No. 1103 - filed June 22, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| BBBBB. | CBS Networks, Inc. [Informal Response] | This matter is resolved, subject to counsel noting the agreement among the parties on the record at the hearing scheduled for August 14, 2018 at 10:30 a.m. (ET). |
| CCCCC. | SP JGAG, LLC and Jane Got a Gun Production Co. LLC [Informal Response] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| DDDDD. | The Sapphires Film Holdings Pty Ltd [Informal Response] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

**Exhibit B**

| Tab | Objection | Status |
|---|---|---|
| A. | Frank Miller Inc.'s and Frank Miller's (A) Objection to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and (B) Supplemental Objection to Proposed Assumption and Assignment of Certain Contracts [Docket No. 1039 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| B. | Objection of Kanzeon Corp. and David O. Russell to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1040 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| C. | [SEALED] Objection of Speedee Distribution, LLC to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1041 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| i. | [Redacted] Objection of Speedee Distribution, LLC to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1044 - filed June 18, 2018] | |
| D. | Objection of Potter, Inc., and Brad Pitt to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1042 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

| Tab | Objection | Status |
|---|---|---|
| E. | Objection of Bazelevs U.S., Timur Bekmambetov, Mirsand Limited, Tengri, Inc. and Mirsand Limited re Executory Nature of Current War Producing Service Agreement and Amendment Thereto [Docket No. 1043 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| F. | Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1045 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| G. | Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1046 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| H. | Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1048 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| I. | Objection of Meryl Streep to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1049 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Objection | Status |
|-----|-----------|--------|
| J. | Objection of Canal Productions, Inc. and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1050 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| K. | Response and Reservation of Rights of The Estate of Wes Craven Regarding Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1052 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| L. | Objection of Willie Lump Lump Enterprises, Inc., and Bill Murray to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1055 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| M. | Objection of Cykel Corp. and Jake Gyllenhaal to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1057 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| N. | Objection of Sabjaka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1058 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Objection | Status |
|---|---|---|
| O. | Joinder of Jennifer Lawrence and Floffin, Inc. to the Objections Filed by (I) Kanzeon Corp. and David O. Russell, (II) 22nd and Indiana Inc. and Bradley Cooper, and (III) Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1059 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| P. | Objection of Pink Fox, Inc., and Rachel McAdams to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1062 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| Q. | Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1063 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| R. | Response of Visiona Romantica, Inc. and Quentin Tarantino to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1064 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| S. | Response to and Reservation of Rights of JCP Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1065 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

RLF1 19693731v.1

| Tab | Objection | Status |
|---|---|---|
| T. | Objection of Jerry's Brother, Inc., and David Zucker to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1066 - filed June 18, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| U. | Limited Objection and Reservation of Rights of Miramax Film NY, LLC to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1067 - filed June 19, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |
| V. | Objection of Wang Qin and Wang Hong to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1231 - filed July 11, 2018] | The hearing on this matter has been continued to August 14, 2018 at 10:30 a.m. (ET). |

5