# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors.<br>-------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>            Plaintiff,<br><br>  -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC.<br><br>            Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50486 (MFW)<br><br>**Re: Docket No. :** |

## ORDER APPROVING STIPULATION FURTHER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT

Upon consideration of the Certification of Counsel;[2] and upon review of such certification and the Parties' *Stipulation Further Extending Time for Defendants to Answer or*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

01:23329370.3

*Respond to Complaint* attached hereto as <u>Exhibit A</u> (the "<u>Stipulation</u>"); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The time for Defendants to answer or otherwise respond to Plaintiff's Complaint [Adv. D.I. 1] is extended through and including August 27, 2018.

3. The pre-trial conference in the above-captioned adversary proceeding shall be adjourned to a date to be agreed upon by the Parties.

4. This Order is without prejudice to the rights of any party to seek a further extension if and as appropriate.

01:23329370.3     **Dated: August 10th, 2018**
         **Wilmington, Delaware**

*[signature]*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2