# Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |
| In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC.<br><br>Defendants. | Adv. Proc. No. 18-50486 (MFW) |

**STIPULATION FURTHER EXTENDING TIME FOR**
**DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT**

**WHEREAS** Defendants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. (together, the "Defendants") and Plaintiff AI International Holdings (BVI) Ltd. (collectively with the Defendants, the "Parties"), by and through their respective undersigned counsel, entered into that certain *Stipulation Extending Time for Defendants to Answer or Respond to Complaint*

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

(the "Initial Stipulation"), which was approved by the United States Bankruptcy Court for the District of Delaware (the "Court") by order dated June 18, 2018 [D.I. 5];

**WHEREAS** the Initial Stipulation extended the date (the "Response Deadline") by which the Defendants may answer or otherwise respond to the Complaint [Adv. D.I. No. 1] filed in the above-captioned adversary proceeding from July 5, 2018 through and including thirty (30) days after the Closing Date, as such term is defined and prescribed in that certain *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* [D.I. 846];

**WHEREAS** the Closing Date occurred on July 13, 2018 [D.I. 1247];

**WHEREAS**, pursuant to the Initial Stipulation, the Response Deadline was set as Sunday, August 12, 2018, and was extended to Monday, August 13, 2018 in accordance with Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure;

**WHEREAS**, the Parties have determined to further extend the Response Deadline;

**NOW, THEREFORE**, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. The Response Deadline is extended from August 13, 2018 through and including August 27, 2018.

2. Pursuant to Del. Bankr. L.R. 7012-2, the Response Deadline may be further extended by order of the Court.

01:23329370.3

2

3. The pre-trial conference in the above-captioned adversary proceeding shall be adjourned to a date to be agreed upon by the Parties.

*[SIGNATURE PAGE FOLLOWS]*

Dated: August 10, 2018
      Wilmington, Delaware

| */s/ Sean M. Beach* | */s/ Davis Lee Wright* |
|---|---|
| Robert S. Brady, Esq. (No. 2847) <br> Sean M. Beach (No. 4070) <br> Elizabeth S. Justison (No. 5911) <br> YOUNG CONAWAY <br> STARGATT & TAYLOR, LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> Email: rbrady@ycst.com <br>       sbeach@ycst.com <br>       ejustison@ycst.com <br><br> -and- <br><br> SIDLEY AUSTIN LLP <br> Jennifer C. Hagle, Esq. (*pro hac vice*) <br> Ariella Thal Simonds, Esq. (*pro hac vice*) <br> 555 West Fifth Street <br> Los Angeles, California 90013 <br> Telephone: (213) 896-6000 <br> Facsimile: (213) 896-6600 <br> Email: jhagle@sidley.com <br>       asimonds@sidley.com <br><br> *Counsel to MUFG Union Bank, N.A.* | Natalie D. Ramsey <br> Davis Lee Wright <br> MONTGOMERY MCCRACKEN <br> WALKER & RHOADS LLP <br> 1105 North Market Street, 15th Floor <br> Wilmington, DE 19801 <br> (302) 504-7828 <br> nramsey@mmwr.com <br> dwright@mmwr.com <br><br> Susheel Kirpalani (admitted *pro hac vice*) <br> Scott Shelley (admitted *pro hac vice*) <br> QUINN EMANUEL URQUHART <br> & SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> susheelkirpalani@quinnemanuel.com <br> scottshelley@quinnemanuel.com <br><br> Bennett Murphy (admitted *pro hac vice*) <br> Jennifer Nassiri (admitted *pro hac vice*) <br> QUINN EMANUEL URQUHART <br> & SULLIVAN LLP <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> (213) 443-3668 <br> bennettmurphy@quinnemanuel.com <br> jennifernassiri@quinnemanuel.com <br><br> *Counsel to AI International* <br> *Holdings (BVI) Ltd.* |
| */s/ William B. Freeman* | |
| KATTEN MUCHIN ROSENMAN LLP <br> William B. Freeman (*pro hac vice*) <br> Jerry L. Hall (*pro hac vice*) <br> 515 South Flower Street <br> Suite 1000 <br> Los Angeles, California 90071-2212 <br> Telephone: (212) 940-8800 <br> Facsimile: (212) 940.8776 <br> Email: bill.freeman@kattenlaw.com <br>       jerry.hall@kattenlaw.com <br><br> *Counsel to UnionBanCal Equities, Inc.* | |