# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
:    Chapter 11
In re:                                          :
:    Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, *et al.*,[1]    :
:    (Jointly Administered)
       Debtors.                    :
:
:
:
-------------------------------------------------------------x
AI INTERNATIONAL HOLDINGS (BVI) LTD.,    :    Adversary Case No. 18-50486 (MFW)
:
       Plaintiff,                    :
    vs.                                   :
:
MUFG UNION BANK, N.A.; as administrative    :
and collateral agent and UNION BANCAL    :
EQUITIES, Inc.,                              :
:
       Defendants.                    :
:
-------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 5, 2018 AT 11:30 A.M. (ET)[2]

## I.    CONTINUED MATTERS:

1.    Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the September 5, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **noon (ET) on Tuesday, September 4, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

> Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

> Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

> Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

Related Documents:

i.      Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii.     Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii.    Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

RLF1 19913852v.1

iv.    Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018]

Status: The status of the outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2.    Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 598 - filed April 30, 2018]

Objection / Response Deadline:    May 8, 2018 at 11:30 a.m. (ET)

Objections / Responses Received:

A.    Informal comments received from the Office of the United States Trustee for the District of Delaware (the "UST")

Related Documents:

i.    Order Granting Motion of Wind River Productions, LLC, for Expedited Hearing and Shortened Notice Regarding the Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 633 - entered April 30, 2018]

ii.    Notice of Hearing Regarding Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 648 - filed May 1, 2018]

Status:  The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET).

3.    Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018] (the "Notice of Non-Executory Contracts")

Objection / Response Deadline:    June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on Exhibit B attached hereto.

Objections / Responses Received:    See Exhibit B attached hereto.

Related Documents:  None at this time.

Status: The status of the outstanding objections received is noted on Exhibit B attached hereto.

4.    Motion of Sony Pictures Entertainment, Inc. and Certain of Its Affiliates to File Under Seal the Appendix of Exhibits to the Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1014 - filed June 13, 2018]

Objection / Response Deadline:    To be presented at the hearing.

Objections / Responses Received:    None at this time.

Related Documents:

i.    [SEALED] Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 926 - filed May 24, 2018]

ii.    Amended Appendix of Exhibits in Support of Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1112 - filed June 27, 2018]

Status:  The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET).

5.    The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1280 - filed July 31, 2018]

Objection / Response Deadline:    August 30, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Harvey Weinstein's Response to and Reservation of Rights Regarding the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1424 - filed August 30, 2018]

Related Documents:

    i.    Amended Notice of the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination [Docket No. 1358 - filed August 14, 2018]

Status: The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET).

6.    Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1350 - filed August 13, 2018]

Objection / Response Deadline:    August 29, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:

    A.    Informal letter response by Portfolio Funding Company LLC I

    B.    [Sealed] Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1415 - filed August 29, 2018]

        i.    [Redacted] Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1416 - filed August 29, 2018]

    C.    Objection of Portfolio Funding Company LLC I to the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1419 - filed August 29, 2018]

Related Documents:   None at this time.

Status: The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET).

7.    Motion to File Under Seal Portions of Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1417 - filed August 29, 2018]

Objection / Response Deadline:    At or before the hearing.

Objections / Responses Received:    None.

Related Documents:   None at this time.

Status: The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET).

## II.    ADVERSARY MATTERS:

8.    Pre-trial Conference, *AI International Holdings (BVI) Ltd. v. MUFG Union Bank, N.A. and Union Bancal Equities, Inc.*, Adv. Pro. No. 18-50486 (MFW)

Answer Deadline:    August 27, 2018

Related Documents:

i.    Complaint [Adv. Docket No. 1 - filed June 2, 2018]

ii.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 - filed June 4, 2018]

iii.    Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint [Adv. Docket No. 5 - entered June 18, 2018]

iv.    Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint [Adv. Docket No. 9 - entered August 10, 2018]

v.    Answer and Affirmative Defenses of Defendants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. [Adv. Docket No. 13 - filed August 27, 2018]

Status: The pre-trial conference on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET).

## III.    MATTERS FILED UNDER CERTIFICATION:

9.    Debtors' Motion for an Order Approving Settlement By and Among the Weinstein Company LLC, the Weinstein Company Holdings LLC, Alfred H. Siegel, Chapter 7 Trustee for the Estate of Genius Products, LLC and National Union Fire Insurance Company of Pittsburgh, P.A. [Docket No. 1337 - filed August 9, 2018]

Objection / Response Deadline:    August 23, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    Certificate of No Objection Regarding Debtors' Motion for an Order Approving Settlement By and Among the Weinstein Company LLC, the Weinstein Company Holdings LLC, Alfred H. Siegel, Chapter 7 Trustee for the Estate of Genius Products, LLC and National Union Fire Insurance Company of Pittsburgh, P.A [Docket No. 1407 - filed August 24, 2018]

Status: On August 24, 2018, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent that the Court has any questions.

## IV.    UNCONTESTED MATTERS:

10.    Motion of David Wayne Semien for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 1311 - filed August 6, 2018]

Objection / Response Deadline:    August 24, 2018 at 4:00 p.m. (ET); extended until August 29, 2018 at 4:00 p.m. (ET) for the Debtors.

Objections / Responses Received:    None.

Related Documents:

i.    Re-Notice of Hearing with Respect to the Motion of David Wayne Semien for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 1340 - filed August 9, 2018]

Status: The movant will file a certification of no objection with respect to this matter.  Accordingly, no hearing is necessary unless the Court has any questions.

## V.    UNCONTESTED MATTERS GOING FORWARD:

11.    [Sealed] Motion of the Debtors and Lantern Entertainment, LLC for Approval of Stipulation Regarding the Assumption and Assignment of Speedee Contracts [Docket No. 1351 - filed August 13, 2018]

Objection / Response Deadline:    August 29, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    [Redacted] Motion of the Debtors and Lantern Entertainment, LLC for Approval of Stipulation Regarding the Assumption and Assignment of Speedee Contracts [Docket No. 1352 - filed August 13, 2018]

Status: The hearing on this matter will go forward.

12.    Motion to File Under Seal the Motion of the Debtors and Lantern Entertainment, LLC for Approval of Stipulation Regarding the Assumption and Assignment of Speedee Contracts [Docket No. 1353 - filed August 13, 2018]

Objection / Response Deadline:    August 29, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:        None.

Related Documents:    None at this time.

Status: The hearing on this matter will go forward.

**VI.    CONTESTED MATTERS GOING FORWARD:**

13.    Endemol Shine International Limited's Motion for Relief from the Automatic Stay to Resolve Substantive Contractual Dispute in England [Docket No. 1366 - filed August 15, 2018]

Objection / Response Deadline:        August 29, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Joint Objection of Debtors and Lantern Entertainment LLC to Endemol Shine International Limited's Motion for Relief from the Automatic Stay to Resolve Substantive Contractual Disputes in England [Docket No. 1418 - filed August 29, 2018]

Related Documents:

i.    Reply in Support of Endemol Shine International Limited's Motion for Relief from the Automatic Stay to Resolve Substantive Contractual Dispute in England [Docket No. 1431 - filed August 30, 2018]

Status: The hearing on this matter will go forward.

14.    Motion [of Dirk Ziff, Tim Sarnoff, Lance Maerov, Richard Koenigsberg, Jeff Sackman, Robert Weinstein and Harvey Weinstein] for Relief from Automatic Stay [Docket No. 1368 - filed August 15, 2018]

Objection / Response Deadline:        August 29, 2018 at 4:00 p.m. (ET); extended until August 31, 2018 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Objections / Responses Received:

A.    Official Committee of Unsecured Creditors' Objection to Motion for Relief from Automatic Stay [Docket No. 1432 - filed August 31, 2018]

Related Documents:    None at this time.

Status: The hearing on this matter will go forward.

8

Dated: August 31, 2018
      Wilmington, Delaware

*/s/ David T. Queroli*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

**Exhibit A -** *Cure Objections, Assumption and Assignment Objections, and Other Related Objections*

| Tab | Respondent | Status |
|-----|-----------|--------|
| A. | Bank Hapoalim B.M. [Docket No. 444 - filed April 26, 2018] [Supplemental Objection at Docket No. 1020 - filed June 15, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| B. | Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., and Mirsand Limited [Docket No. 454 - filed April 26, 2018] [Supplemental Objection at Docket No. 666 - filed May 2, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| C. | Endemol Shine International Limited [Docket No. 481 - filed April 27, 2018] [Supplemental Objection at Docket No. 644 - filed May 1, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| D. | Heidi Klum Company LLC, Heidi Klum LLC, and Heidi Klum [Docket No. 498 - filed April 27, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| E. | Stephen King [Docket No. 500 - filed April 27, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| F. | Beta Film GmbH [Docket No. 501 - filed April 27, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| G. | Sun Distribution Group S.A. [Docket No. 504 - filed April 27, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| H. | BRB Internacional S.A. and Apolo Films SL [Docket No. 505 - filed April 27, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| I. | View Askew Productions Inc. and Snoogans Inc. f/s/o Kevin Smith [Docket No. 506 - filed April 30, 2018 and Docket No. 507 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

| Tab | Respondent | Status |
|-----|-----------|--------|
| J. | Voltage Pictures, LLC and Geronimo Nevada, LLC [Docket No. 509 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| K. | Kanbar Entertainment, LLC and Hoodwinked, LLC [Docket No. 510 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| L. | Viacom International Inc. [Docket No. 511 - filed April 30, 2018] | The parties are in settlement discussions. However, for the time being, the hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| M. | J.C. Penney Corporation, Inc. [Docket No. 515 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| N. | Wanda Pictures (Hong Kong) Co., Ltd. [Docket No. 516 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| O. | Netflix Global LLC, Netflix International B.V., Netflix Studios LLC, and Netflix, Inc. [Docket No. 517 - filed April 30, 2018] [Redacted Supplemental Objection at Docket No. 819 - filed May 7, 2018; Sealed Supplemental Objection at Docket No. 834 - filed May 8, 2018] | On August 13, 2018, the Debtors, Lantern and this counterparty entered into a stipulation regarding this matter, and the Debtors and Lantern filed a motion [Docket No. 1350] seeking the Court's approval of the stipulation. The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| P. | Annapurna Pictures, Inc. [Docket No. 521 - filed April 30, 2018] [Supplemental at Docket No. 767 - filed May 4, 2018; Amended Supplemental at Docket No. 869 - filed May 11, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| Q. | Cross City Films Ltd. [Docket No. 522 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Respondent | Status |
|---|---|---|
| R. | OWN LLC [Docket No. 523 - filed April 30, 2018; Docket No. 703 - filed May 3, 2018] [Supplemental Response at Docket No. 934 - filed May 25, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| S. | Sartraco, Inc. and Related Parties [Docket No. 524 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| T. | Technicolor [Docket No. 525 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| U. | Black Bear Pictures [Docket No. 527 - filed April 30, 2018] [Declaration at Docket No. 530 - April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| V. | The Bully Project, LLC and Lee Hirsch [Docket No. 532 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| W. | Studiocanal S.A.S., Gaumont S.A., Wild Bunch, S.A., Delta Last Legion Ltd., Quinta Communications S.A., and Orange Studio (Formerly Studio 37) [Docket No. 533 - filed April 30, 2018] [Docket No. 597 - filed April 30, 2018] [Declarations at Docket Nos. 618, 620, 621, 669, 670, 673 - filed April 30, 2018 and May 2, 2018] [Supplemental Objection at Docket No. 818 - filed May 7, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| X. | Cykel Corp. and Jake Gyllenhaal [Docket No. 534 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Respondent | Status |
|---|---|---|
| Y. | Speedee Distribution, LLC [Docket No. 536 - filed April 30, 2018] [Supplemental Objection at Docket No. 998 - filed June 8, 2018] | On August 13, 2018, the Debtors, Lantern and this counterparty entered into a stipulation regarding this matter, and the Debtors and Lantern filed a motion [Docket No. 1352] seeking the Court's approval of the stipulation.  The hearing regarding this matter will go forward. |
| Z. | Pink Fox, Inc., and Rachel McAdams [Docket No. 539 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| AA. | FilmNation Entertainment, LLC, FilmNation International, LLC, FilmNation Features, LLC, West 150 Productions, LLC, and 22nd Street Entertainment, LLC [Docket No. 540 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| BB. | Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook [Docket No. 543 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| CC. | The Pippin Owners [Sealed at Docket No. 546 - filed April 30, 2018; Redacted at Docket No. 552 - filed April 30, 2018] [Amended Objection at Docket No. 855 - filed May 10, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| DD. | JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack [Docket No. 547 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| EE. | Visiona Romantic, Inc., et al. [Docket No. 550 - filed April 30, 2018; Docket No. 713 - filed May 3, 2018] [Supplemental Response at Docket No. 933 - filed May 25, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| FF. | MUFG Union Bank, N.A. [Docket No. 551 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| GG. | Opus Bank [Docket No. 553 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| HH. | Leonardo DiCaprio and Birken Productions, Inc. Concerning the Film Django Unchained [Docket No. 555 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| II. | First Republic [Docket No. 556 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| JJ. | Wind River Productions, LLC [Sealed at Docket No. 558 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| KK. | Celestial Productions Limited [Docket No. 560 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| LL. | Miramax Film NY, LLC [Sealed at Docket No. 561 - filed April 30, 2018; Redacted at Docket No. 564 - filed April 30, 2018] [Supplemental Objection at Docket No. 722 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| MM. | Company Men Productions, Inc., Concerning the Film The Company Men [Docket No. 562 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| NN. | John Fusco, Giovanni Fusco and Mud City Moving Picture Co. f/s/o John Fusco [Docket No. 565 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| OO. | Entertainment One [Docket No. 566 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Respondent | Status |
|-----|------------|--------|
| PP. | Sing Street Distribution, LLC, Sing Street Distribution and Sing Street Distribution LLC [Docket No. 567 - filed April 30, 2018; Docket No. 724 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| QQ. | Amazon Digital Services LLC, Amazon Media EU Sarl, Amazon.com International Sales, Inc. and Amazon Content Services LLC [Docket No. 568 - filed April 30, 2018] | This matter is resolved subject to entry of an agreed form of order to be submitted by the Debtors under certification of counsel. |
| RR. | Hotel Mumbai Pty Ltd. [Docket No. 569 - filed April 30, 2018] | This matter is resolved. |
| SS. | Content Partners Fund 3 SPV LP and Content Partners Fund 3 SPV1 LP [Docket No. 571 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| TT. | Jerry's Brother, Inc., and David S. Zucker [Docket No. 572 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| UU. | Amazon Studios LLC [Docket No. 573 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| VV. | Tele Munchen [Docket No. 574 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| WW. | Turner Entertainment Networks, Inc. [Docket No. 575 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| XX. | Adaptive Studios, Inc. [Docket No. 576 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| YY. | Ab Svensk Filmindustri [Docket No. 577 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Respondent | Status |
|-----|-----------|--------|
| ZZ. | Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov [Docket No. 578 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| AAA. | Estate of Wes Craven [Docket No. 580 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| BBB. | Sabajka Productions II, Inc., and Julia Roberts [Docket No. 585 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| CCC. | IT Follows Productions LLC [Docket No. 586 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| DDD. | Home Box Office, Inc. [Docket No. 587 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| EEE. | Meryl Streep [Docket No. 588 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| FFF. | PC Films, LLC, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi [Docket No. 589 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| GGG. | Scavenger, LLC [Docket No. 590 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| HHH. | WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc. [Docket No. 592 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| III. | East West Bank [Docket No. 593 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Respondent | Status |
|---|---|---|
| JJJ. | Butler Films LLC [Docket No. 595 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| KKK. | Channel 271 Productions LLC [Docket No. 596 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| LLL. | Bank of America, N.A. [Docket No. 599 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| MMM. | Potter, Inc. and Brad Pitt [Docket No. 600 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| NNN. | Portfolio Funding Company LLC I [Sealed at Docket No. 603 - filed April 30, 2018] [Redacted at Docket No. 604 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| OOO. | Creative Artists Agency, LLC [Docket No. 601 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| PPP. | Bruce Cohen Productions and Bruce Cohen [Docket No. 607 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| QQQ. | Author [Docket No. 613 - filed April 30, 2018] [Revised Exhibit A at Docket No. 791 - filed May 7, 2018] [Supplemental Objection at Docket No. 913 - filed May 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| RRR. | Lesia Anson [Docket No. 630 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| SSS. | IP Management, Inc., Proceeding Pro Se [Docket No. 632 - filed April 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

| Tab | Respondent | Status |
|-----|-----------|--------|
| TTT. | Contract Counterparties [Wang Qin, Wang Hong, Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz, Melissa Irwin, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Tim Gunn Productions Inc., Tim Gunn, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] [Docket No. 668 - filed May 2, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| UUU. | Frank Miller Inc. and Frank Miller [Docket No. 683 - filed May 2, 2018] | Certain portions of this matter are resolved. The hearing on this matter as it relates to Frank Miller's cure objections and adequate assurance objections in connection with Sin City 2 movie rights has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| VVV. | Bunim/Murray Productions, LLC [Docket No. 688 - filed May 2, 2018] | The hearing on this matter has been continued to October 9, 2018 at 10:30 a.m. (ET). |
| WWW. | Full Picture, Inc. and Full Picture, LLC [Docket No. 691 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| XXX. | Ringleader Studios, Inc. [Docket No. 692 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| YYY. | Lions Gate Entertainment Corp., Lions Gate Films Inc., Anchor Bay Entertainment LLC, Starz LLC, Starz Media, LLC and Starz Entertainment LLC [Docket No. 694 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| ZZZ. | Fremantlemedia [Docket No. 695 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Respondent | Status |
|---|---|---|
| AAAA. | Celestial Productions [Docket No. 697 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| BBBB. | Jennifer Aniston and Two Eleven Productions, Inc., Concerning the Film Derailed [Docket No. 699 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| CCCC. | Sony Pictures Entertainment Inc. et. al. [Docket No. 701 - filed May 3, 2018] [Redacted Version of Updated and Supplemental Objection at Docket No. 926 - filed May 24, 2018; Sealed Version of Updated and Supplemental Objection at Docket No. 927 - filed May 24, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| DDDD. | Jackpot Productions Limited f/s/o Jack Whitehall and James Graham [Docket No. 702 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| EEEE. | S. Carter Enterprises LLC's and Shawn C. Carter a/k/a Jay-Z [Docket No. 706 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| FFFF. | di Bonaventura Pictures, Inc., and Lorenzo di Bonaventura [Docket No. 707 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| GGGG. | Universal Music Enterprises, Universal Music Corp., Songs of Universal, Inc., Universal Tunes, Capitol Christian Music Group, and Capital CMG Publishing [Docket No. 708 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| HHHH. | Interscope Records, a Division of UMG Recordings, Inc., Angry Blonde Productions, Inc. Furnishing the Services of Marshall B. Mathers III, Shady Records, Inc., and Shroom Shady Music, LLC [Docket No. 709 - filed May 3, 2018] | This matter has been withdrawn. |

| Tab | Respondent | Status |
|---|---|---|
| IIII. | In the Heights Owners [Sealed at Docket No. 710 - filed May 3, 2018] [Redacted at Docket No. 711 - filed May 3, 2018] [Amended at Docket No. 856 - filed May 10, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| JJJJ. | 2929 Productions LLC [Docket No. 714 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| KKKK. | Nu Image, Inc. [Docket No. 715 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| LLLL. | Entertainment One [Docket No. 717 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| MMMM. | Brett Matthews [Docket No. 718 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| NNNN. | Sun Distribution Group S.A. [Docket No. 719 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| OOOO. | Showtime Networks Inc. [Docket No. 720 - filed May 3, 2018] [Supplemental Objection at Docket No. 1224 - filed July 11, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| PPPP. | Unifi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company [Docket No. 721 - May 3, 2018] [Supplemental Objection at Docket No. 950 - filed May 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| QQQQ. | Kristen Bell and Sugarbell, Inc. [Docket No. 727 - Filed May 3, 2018] [Amended at Docket No. 785 - Filed May 7, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Respondent | Status |
|-----|-----------|--------|
| RRRR. | Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation [Docket No. 728 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| SSSS. | Kevin Hart and K. Hart Enterprises, Inc. [Docket No. 733 - filed May 3, 2018] [Amended at Docket No. 786 - filed May 7, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| TTTT. | Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans [Docket No. 742 - filed May 3, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| UUUU. | Arclight Films [Docket No. 771 - filed May 4, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| VVVV. | British Broadcasting Corporation (BBC) [Docket No. 821 - filed May 7, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| WWWW. | Jeff Abbott [Docket No. 892 - filed May 16, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| XXXX. | Univision Networks & Studios, Inc. [Docket No. 912 - filed May 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| YYYY. | Hachette Book Group [Docket No. 949 - filed May 30, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| ZZZZ. | BBC Worldwide Limited [Docket No. 964 - filed June 1, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| AAAAA. | Harkins Administrative Services, Inc. [Docket No. 1103 - filed June 22, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| BBBBB. | Jon Gordon and Jon Gordon Productions, Inc. [Docket No. 1274 - filed July 27, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| CCCCC. | CBS Networks, Inc. [Informal Response] | This matter is resolved, subject to counsel noting the agreement among the parties on the record at the hearing scheduled for September 25, 2018 at 3:00 p.m. (ET). |
| DDDDD. | SP JGAG, LLC and Jane Got a Gun Production Co. LLC [Informal Response] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| EEEEE. | The Sapphires Film Holdings Pty Ltd [Informal Response] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

**Exhibit B**

| Tab | Objection | Status |
|---|---|---|
| A. | Frank Miller Inc.'s and Frank Miller's (A) Objection to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and (B) Supplemental Objection to Proposed Assumption and Assignment of Certain Contracts [Docket No. 1039 - filed June 18, 2018] | Certain portions of this matter are resolved. The hearing on this matter as it relates to Frank Miller's cure objections and adequate assurance objections in connection with Sin City 2 movie rights has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| B. | Objection of Kanzeon Corp. and David O. Russell to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1040 - filed June 18, 2018] | The hearing on this matter has been continued to September 5, 2018 at 11:30 a.m. (ET). |
| C. | [SEALED] Objection of Speedee Distribution, LLC to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1041 - filed June 18, 2018] [Redacted at Docket No. 1044 - filed June 18, 2018] | On August 13, 2018, the Debtors, Lantern and this counterparty entered into a stipulation regarding this matter, and the Debtors and Lantern filed a motion [Docket No. 1352] seeking the Court's approval of the stipulation. The hearing regarding this matter will go forward. |
| D. | Objection of Potter, Inc., and Brad Pitt to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1042 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| E. | Objection of Bazelevs U.S., Timur Bekmambetov, Mirsand Limited, Tengri, Inc. and Mirsand Limited re Executory Nature of Current War Producing Service Agreement and Amendment Thereto [Docket No. 1043 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

| Tab | Objection | Status |
|-----|-----------|--------|
| F. | Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1045 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| G. | Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1046 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| H. | Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1048 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| I. | Objection of Meryl Streep to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1049 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| J. | Objection of Canal Productions, Inc. and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1050 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Objection | Status |
|-----|-----------|--------|
| K. | Response and Reservation of Rights of The Estate of Wes Craven Regarding Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1052 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| L. | Objection of Willie Lump Lump Enterprises, Inc., and Bill Murray to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1055 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| M. | Objection of Cykel Corp. and Jake Gyllenhaal to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1057 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| N. | Objection of Sabjaka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1058 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| O. | Joinder of Jennifer Lawrence and Floffin, Inc. to the Objections Filed by (I) Kanzeon Corp. and David O. Russell, (II) 22nd and Indiana Inc. and Bradley Cooper, and (III) Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1059 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Objection | Status |
|---|---|---|
| P. | Objection of Pink Fox, Inc., and Rachel McAdams to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1062 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| Q. | Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1063 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| R. | Response of Visiona Romantica, Inc. and Quentin Tarantino to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1064 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| S. | Response to and Reservation of Rights of JCP Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1065 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| T. | Objection of Jerry's Brother, Inc., and David Zucker to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1066 - filed June 18, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

RLF1 19913852v.1

| Tab | Objection | Status |
|---|---|---|
| U. | Limited Objection and Reservation of Rights of Miramax Film NY, LLC to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1067 - filed June 19, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |
| V. | Objection of Wang Qin and Wang Hong to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1231 - filed July 11, 2018] | The hearing on this matter has been continued to September 25, 2018 at 3:00 p.m. (ET). |

5