IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors.<br><br>-------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>                Plaintiff,<br><br>   -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNIONBANCAL EQUITIES, INC.<br><br>                Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50486 (MFW)<br><br>**Response Deadline: September 21, 2018**<br>**Hearing: TBD at the Direction of the Court**<br><br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

      1.      Defendants MUFG Union Bank, N.A. ("MUFG" or the "Pre-Petition Agent") and UnionBanCal Equities, Inc. ("UBE" and, together with the Pre-Petition Agent, the "Defendants"), by their undersigned attorneys, hereby move (the "Motion") for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure (the "Federal Rules") and Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), on all

---

[1]    The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

Counts in the *Complaint* [Adv. Docket No. 1] (the "Complaint") filed by AI International Holdings (BVI) Ltd. (the "Plaintiff").

2. The reasons for the relief requested herein are set forth in the accompanying (i) *Brief in Support of the Defendants' Motion for Summary Judgment* (the "Brief"), and (ii) *Declaration of Michael S. Neiburg in Support of the Defendants' Motion for Summary Judgment* (the "Neiburg Declaration"), both of which are being filed concurrently herewith and are incorporated herein by reference.  There are no material facts in dispute that would preclude the Court from granting summary judgment in favor of the Defendants and dismissing the Complaint in its entirety.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Defendants respectfully request that the Court enter the proposed order, attached hereto as **Exhibit A**, (i) granting the Motion and entering summary judgment for the Defendants and against the Plaintiff on all Counts in the Complaint, (ii) dismissing the Complaint with prejudice, and (iii) awarding such other and further relief as the Court deems just and proper.[2]

Respectfully submitted,

Dated:  September 7, 2018
         Wilmington, Delaware

*/s/ Sean M. Beach*
Robert S. Brady, Esq. (No. 2847)
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253
Email: rbrady@ycst.com
      sbeach@ycst.com

*Counsel to Defendants*

-and-

SIDLEY AUSTIN LLP
Jennifer C. Hagle, Esq. (*pro hac vice*)
Ariella Thal Simonds, Esq. (*pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
Email: jhagle@sidley.com
      asimonds@sidley.com

*Counsel to Defendant MUFG Union Bank, N.A.*

-and-

---

[2] As noted in the Answer [Adv. Docket No. 13], pursuant to Bankruptcy Rule 7012 and Local Rule 7012-1, the Defendants consent to entry of final orders or judgments by the Bankruptcy Court with respect to all claims asserted in the Complaint.

KATTEN MUCHIN ROSENMAN LLP
William B. Freeman (*pro hac vice*)
Jerry L. Hall (*pro hac vice*)
515 South Flower Street
Suite 1000
Los Angeles, California 90071-2212
Telephone:  (212) 940-8800
Facsimile:  (212) 940.8776
Email: bill.freeman@kattenlaw.com
       jerry.hall@kattenlaw.com

*Counsel to Defendant UnionBanCal Equities, Inc.*