# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors.<br><br>-------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>            Plaintiff,<br><br>    -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNIONBANCAL EQUITIES, INC.<br><br>            Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50486 (MFW)<br><br><br><br><br><br>**Ref. Adv. Docket No.: \_\_\_\_** |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court on the Defendants' motion for summary judgment (the "Motion"),[2] seeking summary judgment for the Defendants and against the Plaintiff on all Counts in the Complaint pursuant to Federal Rule 56(a) and Bankruptcy Rule 7056; and the Court having considered the Motion, and any objection to the Motion; and the

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] All capitalized terms used and not defined in this Order shall have the meanings ascribed to them in the Motion.

2

Court having determined that the legal and factual bases set forth in the Motion, the Brief, and the documents submitted with the Neiburg Declaration in support of the Motion, establish just cause for the relief requested in the Motion; and this Court having subject matter jurisdiction to consider and to determine the Motion in accordance with 28 U.S.C. § 1334; and this Court having found that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Federal Rule 56 and Bankruptcy Rule 7056, judgment is hereby entered in favor of the Defendants and against the Plaintiff on all Counts in the Complaint.

3. The Complaint is dismissed with prejudice.

4. This Court shall retain exclusive jurisdiction to hear and determine any disputes arising from or relating to the interpretation, implementation, and enforcement of the terms and provisions of this Order.