# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors.<br><br>-------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>                Plaintiff,<br><br>    -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNIONBANCAL EQUITIES, INC.<br><br>                Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50486 (MFW)<br><br>**DECLARATION OF MICHAEL S. NEIBURG IN SUPPORT OF THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

I, Michael S. Neiburg, declare:

1.     MUFG Union Bank, N.A. ("MUFG" or the "Pre-Petition Agent") and UnionBanCal Equities, Inc. ("UBE" and, together with the Pre-Petition Agent, the "Defendants") have retained the law firm of Young Conaway Stargatt & Taylor, LLP to represent them in connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases"), which includes this adversary proceeding. I am one of the attorneys on the Young Conaway team representing the Defendants.

2.     Attached hereto at **Exhibit 1** is a true and correct copy of the Final DIP Order.[2]

3.     Attached hereto at **Exhibit 2** is a true and correct copy of the UCC Stipulation.

4.     Attached hereto at **Exhibit 3** is a true and correct copy of the Sale Hearing Transcript.

5.     Attached hereto at **Exhibit 4** is a true and correct copy of the Second Day Hearing Transcript.

6.     Attached hereto at **Exhibit 5** is a true and correct copy of the Sale Order.

7.     Attached hereto at **Exhibit 6** is a true and correct copy of email correspondence concerning the revised proposed Sale Order.

8.     Attached hereto at **Exhibit 7** is a true and correct copy of the APA Amendment Hearing Transcript.

*[Signature page follows]*

---

[2]   All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Defendants' *Brief in Support of the Defendants' Motion for Summary Judgment* filed concurrently herewith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 7, 2018
       Wilmington, Delaware

*/s/ Michael S. Neiburg*
Michael S. Neiburg (No. 5275)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:    (302) 571-1256

*Counsel to the Defendants*