# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors.<br>-------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>              Plaintiff,<br><br>   -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNIONBANCAL EQUITIES, INC.<br><br>              Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50486 (MFW)<br><br>**Re: Docket No. 20** |

## ORDER APPROVING STIPULATION RELATING TO
## THE DEFENDANTS' SUMMARY JUDGMENT MOTION

Upon consideration of the Certification of Counsel;[2] and upon review of such

certification and the Parties' *Stipulation Relating to the Defendants' Summary Judgment Motion*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

01:23643213.6

attached hereto as <u>Exhibit 1</u> (the "<u>Stipulation</u>"); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The deadline for the Plaintiff to file and serve its answering brief in opposition to the Summary Judgment Motion is extended through and including October 5, 2018.

3. The deadline for the Defendants to file and serve their reply brief in support of the Summary Judgment Motion is extended through and including October 19, 2018.

4. Unless otherwise ordered by the Court, discovery in the Adversary Proceeding is stayed pending a ruling on the Summary Judgment Motion.

5. Notwithstanding this Order and the Stipulation, the Parties' rights, defenses and arguments, including, without limitation, those related to the Summary Judgment Motion, are otherwise preserved.

01:23643213.6

**Dated: September 20th, 2018**
**Wilmington, Delaware**

2

*/s/ Mary F. Walrath*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**