**<u>Exhibit 1</u>**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1] | Case No. 18-10601 (MFW) |
| Debtors. | Jointly Administered |
| ------------------------------------------------------- In re: | Adv. Proc. No. 18-50486 (MFW) |
| AI INTERNATIONAL HOLDINGS (BVI) LTD., | |
| Plaintiff, | |
| -against- | |
| MUFG UNION BANK, N.A.; as administrative and collateral agent and UNIONBANCAL EQUITIES, INC. | |
| Defendants. | |

## STIPULATION RELATING TO THE DEFENDANTS'
## SUMMARY JUDGMENT MOTION

Defendants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. (together, the

"Defendants") and Plaintiff AI International Holdings (BVI) Ltd. (the "Plaintiff", and

collectively with the Defendants, the "Parties"), by and through their respective undersigned

counsel, entered into those certain court-approved stipulations [Adv. D.I. 5, 9] that extended the

---

[1]   The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

deadline for the Defendants to answer or otherwise respond to the Complaint through and including August 27, 2018.

**WHEREAS**, on August 27, 2018, the Defendants filed their answer and affirmative defenses [Adv. D.I. 13];

**WHEREAS**, on September 7, 2018, the Defendants filed a motion for summary judgment [Adv. D.I. 17] (the "Summary Judgment Motion") and supporting brief and declaration [Adv. D.I. 18 & 19, respectively].

**WHEREAS**, after the Summary Judgment Motion was filed and served, the Parties have conferred with respect to a proposed schedule governing briefing deadlines and a stay of discovery pending a ruling on the Summary Judgment Motion.

**NOW THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED** as follows:

1.      The deadline for the Plaintiff to file and serve its answering brief in opposition to the Summary Judgment Motion is extended through and including October 5, 2018.

2.      The deadline for the Defendants to file and serve their reply brief in support of the Summary Judgment Motion is extended through and including October 19, 2018.

3.      Unless otherwise ordered by the Court, discovery in the Adversary Proceeding is stayed pending a ruling on the Summary Judgment Motion.

4.      The Parties' rights, defenses or arguments, including, without limitation, those related to the Summary Judgment Motion, are otherwise preserved.

*[SIGNATURE PAGE FOLLOWS]*

01:23643213.6

Dated: September 20, 2018
        Wilmington, Delaware

/s/ Sean M. Beach
—————————————————————
Robert S. Brady, Esq. (No. 2847)
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Elizabeth S. Justison (No. 5911)
YOUNG CONAWAY STARGATT & TAYLOR,
LLP
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
        sbeach@ycst.com

Counsel to Defendants


-and-

SIDLEY AUSTIN LLP
Jennifer C. Hagle, Esq. (pro hac vice)
Ariella Thal Simonds, Esq. (pro hac vice)
555 West Fifth Street
Los Angeles, California 90013

Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: jhagle@sidley.com
        asimonds@sidley.com

Counsel to Defendant MUFG Union Bank, N.A.

-and-

KATTEN MUCHIN ROSENMAN LLP
William B. Freeman (pro hac vice)
Jerry L. Hall (pro hac vice)
515 South Flower Street
Suite 1000
Los Angeles, California 90071-2212
Telephone: (212) 940-8800
Facsimile: (212) 940.8776
Email: bill.freeman@kattenlaw.com
        jerry.hall@kattenlaw.com

Counsel to Defendant UnionBanCal Equities, Inc.

/s/ Davis Lee Wright
—————————————————————
Natalie D. Ramsey
Davis Lee Wright
MONTGOMERY MCCRACKEN WALKER &
RHOADS LLP
1105 North Market Street, 15th Floor

Wilmington, DE 19801
(302) 504-7828
nramsey@mmwr.com
dwright@mmwr.com

Susheel Kirpalani (admitted pro hac vice)
Scott Shelley (admitted pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN
LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com

Bennett Murphy (admitted pro hac vice)
Jennifer Nassiri (admitted pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN
LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3668
bennettmurphy@quinnemanuel.com
jennifernassiri@quinnemanuel.com

Counsel to AI International Holdings (BVI) Ltd.