# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: BonnieA | Date Created: 9/21/2018 |
| Case: 18−50486−MFW | Form ID: pdfjo | Total: 11 |

**Recipients of Notice of Electronic Filing:**
aty  Davis Lee Wright  dwright@mmwr.com
aty  Elizabeth Soper Justison  bankfilings@ycst.com
aty  Robert S. Brady  bankfilings@ycst.com
aty  Sean Matthew Beach  bankfilings@ycst.com

                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla  AI International Holdings (BVI) Ltd.  40 West 57th Street  28th Floor  New York, NY 10019
dft  MUFG Union Bank, N.A.  400 California Street  San Francisco, CA 94104
dft  Union Bancal Equities, Inc.  445 South Figueroa Street  Los Angeles, CA 90071
aty  Jerry L. Hall  Katten Muchin Rosenman LLP  515 S. Flower Street  Suite 1000  Los Angeles, CA 90071
aty  William B Freeman  Katten Muchin Rosenman LLP  515 S. Flower Street  Suite 1000  Los Angeles, CA 90071−2212
ust  U.S. Trustee  Office of the United States Trustee  J. Caleb Boggs Federal Building  844 King Street, Suite 2207  Lockbox 35  Wilmington, DE 19801
ust  U.S. Trustee  Office of United States Trustee  J. Caleb Boggs Federal Building  844 King Street, Suite 2207  Lockbox 35  Wilmington, DE 19899−0035

                                                                    TOTAL: 7