**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors.<br><br>----------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>      Plaintiff,<br><br>  -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNIONBANCAL EQUITIES, INC.<br><br>      Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered<br><br><br>Adv. Proc. No. 18-50486 (MFW)<br><br>**Re: Docket No. 20** |

**ORDER APPROVING STIPULATION RELATING TO**
**THE DEFENDANTS' SUMMARY JUDGMENT MOTION**

Upon consideration of the Certification of Counsel;[2] and upon review of such certification and the Parties' *Stipulation Relating to the Defendants' Summary Judgment Motion*

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

01:23643213.6

attached hereto as Exhibit 1 (the "Stipulation"); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. The deadline for the Plaintiff to file and serve its answering brief in opposition to the Summary Judgment Motion is extended through and including October 5, 2018.

3. The deadline for the Defendants to file and serve their reply brief in support of the Summary Judgment Motion is extended through and including October 19, 2018.

4. Unless otherwise ordered by the Court, discovery in the Adversary Proceeding is stayed pending a ruling on the Summary Judgment Motion.

5. Notwithstanding this Order and the Stipulation, the Parties' rights, defenses and arguments, including, without limitation, those related to the Summary Judgment Motion, are otherwise preserved.

01:23643213.6    **Dated: September 20th, 2018**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2

United States Bankruptcy Court
District of Delaware

AI International Holdings (BVI) Ltd.,
    Plaintiff

Adv. Proc. No. 18-50486-MFW

MUFG Union Bank, N.A.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: BonnieA        Page 1 of 1        Date Rcvd: Sep 21, 2018
                      Form ID: pdfjo      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.
```
aty           +Jerry L. Hall,   Katten Muchin Rosenman LLP,    515 S. Flower Street,    Suite 1000,
               Los Angeles, CA  90071-2212
aty            William B Freeman,   Katten Muchin Rosenman LLP,    515 S. Flower Street,    Suite 1000,
               Los Angeles, CA  90071-2212
pla           +AI International Holdings (BVI) Ltd.,    40 West 57th Street,    28th Floor,
               New York, NY 10019-4012
dft           +Union Bancal Equities, Inc.,    445 South Figueroa Street,    Los Angeles, CA 90071-1602
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Sep 21 2018 20:27:12      U.S. Trustee,
               Office of the United States Trustee,   J. Caleb Boggs Federal Building,
               844 King Street, Suite 2207,    Lockbox 35,    Wilmington, DE 19801-3519
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Sep 21 2018 20:27:12      U.S. Trustee,
               Office of United States Trustee,   J. Caleb Boggs Federal Building,
               844 King Street, Suite 2207,    Lockbox 35,    Wilmington, DE 19801-3519
dft           +E-mail/Text: CFDMCorrespondence@unionbank.com Sep 21 2018 20:27:28      MUFG Union Bank, N.A.,
               400 California Street,    San Francisco, CA 94104-1381
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
```
          Davis Lee Wright    on behalf of Plaintiff    AI International Holdings (BVI) Ltd. dwright@mmwr.com,
           keith-mangan-mmwr-1628@ecf.pacerpro.com
          Elizabeth Soper Justison    on behalf of Defendant    Union Bancal Equities, Inc.
           bankfilings@ycst.com
          Robert S. Brady    on behalf of Defendant    Union Bancal Equities, Inc. bankfilings@ycst.com
          Sean Matthew Beach    on behalf of Defendant    Union Bancal Equities, Inc. bankfilings@ycst.com
          Sean Matthew Beach    on behalf of Defendant    MUFG Union Bank, N.A. bankfilings@ycst.com
                                                                                             TOTAL: 5
```