## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>Debtor.<br><br>-------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>                Plaintiff,<br><br>    -against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC.<br><br>                Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br><br><br>Adv. Pro. No. 18-50486 (MFW)<br><br>**DECLARATION OF BENNETT MURPHY IN SUPPORT OF AI INTERNATIONAL HOLDINGS (BVI) LTD.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Bennett Murphy, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this declaration in support of *AI International Holdings (BVI) Ltd.'s Opposition to Defendants' Motion for Summary Judgment*.

2. I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to AI International Holdings (BVI) Ltd., in the above-captioned adversary case.

3. Attached to this declaration as Exhibits 1-6 are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| A. | AI International's Proof of Claim Against The Weinstein Company Holdings LLC (Claim No. 20022) |
| B. | AI International's Proof of Claim Against The Weinstein Company LLC (Claim No. 20023) |
| C. | AI International's Proof of Claim Against The Weinstein Global Film Corp. (Claim No. 20024) |
| D. | AI International's Proof of Claim Against TWC Borrower 2016, LLC (Claim No. 20025) |
| E. | Guarantee dated September 29, 2016 by Harvey Weinstein and Guarantee dated September 29, 2016 by Weinstein Company Holdings LLC |
| F. | Bench Ruling on the Committee's Motions to Extend the Challenge Period for an Investigation Pursuant to Bankruptcy Rule 2004, *In re Outer Harbor Terminal, LLC*, Case. No. 16-10283 (LSS) [D.I. 690] (Bankr. D. Del. May 5, 2017) |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 5, 2018

By: */s/ Bennett Murphy*
Name: Bennett Murphy