# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br><br>Debtor.<br>------------------------------------------------------<br>In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br>      Plaintiff,<br><br>-against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC.<br><br>      Defendants. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br><br><br><br>Adv. Pro. No. 18-50486 (MFW) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    Beth Ann Olivere, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. in the above-captioned matter, and that on August 27, 2018 she caused a copy of the following document(s) to be served in the manner described upon the parties on the attached service list.

- **Answer and Affirmative Defenses of Defandants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. [D.I. 13]**

_____
Beth Ann Olivere

SWORN TO AND SUBSCRIBED before me this 17 day of October, 2018.

_____
Notary Public
DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 31, 2020

01:23753773.1

**SERVICE LIST**
**TWC – AI INTERNATIONAL HOLDINGS**
**8/27/2018**

Montgomery McCraken Walker &
Rhoads, LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
1105 North Market Street 15th Floor
Wilmington, DE 19801
nramsey@mmwr.com
dwright@mmwr.com
***Hand and Email Delivery***

Quinn Emanuel Urquhart & Sullivan LLP
Bennett Murphy, Esq.
Jennifer Nassiri, Esq.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
bennettmurphy@quinnemanuel.com
jennifernassiri@quinnemanuel.com
***First Class Mail and Email***

Quinn Emanuel Urquhart & Sullivan LLP
Susheel Kirpalani
Scott Shelley
51 Madison Avenue, 22nd Floor
New York, New York 10010
sushellkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com
***First Class Mail and Email***