**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,1<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>Jointly Administered |
| In re:<br><br>AI INTERNATIONAL HOLDINGS (BVI) LTD.,<br><br>        Plaintiff,<br><br>-against-<br><br>MUFG UNION BANK, N.A.; as administrative and collateral agent and UNION BANCAL EQUITIES, INC.<br><br>        Defendants. | Adv. Pro. No. 18-50486 (MFW)<br><br>**Re:  Adv. D.I. 17, 18, 19, 27, 28 & 32** |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT WITH RESPECT TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that AI International Holdings (BVI) Ltd. (the "Plaintiff"), by and through its attorneys, hereby requests oral argument pursuant to Del. Bankr. L.R. 7007-3 with respect to Defendants' *Motion for Summary Judgment* (the "Motion") [Adv. D.I. 17], as filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on September 7, 2018.  Plaintiff submits that oral argument will be beneficial to the Court and hereby requests that oral argument on the Motion be scheduled at the Court's convenience.

---

1  The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837).  The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013.  Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

-2-

Dated: Wilmington, Delaware
October 22, 2018

                            **MONTGOMERY MCCRACKEN**
                            **WALKER & RHOADS LLP**

                            */s/ Davis Lee Wright*
                            Natalie D. Ramsey
                            Davis Lee Wright
                            1105 North Market Street, 15th Floor
                            Wilmington, DE 19801
                            (302) 504-7800
                            nramsey@mmwr.com
                            dwright@mmwr.com

Susheel Kirpalani (admitted *pro hac vice*)
Scott Shelley (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com

Bennett Murphy (admitted *pro hac vice*)
Jennifer Nassiri (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3668
bennettmurphy@quinnemanuel.com
jennifernassiri@quinnemanuel.com

*Counsel to AI International Holdings (BVI) Ltd.*