# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,[1] | Case No. 18-10601 (MFW) |
| Debtors. | Jointly Administered |
| ------------------------------------------------------- | |
| In re: | Adv. Proc. No. 18-50486 (MFW) |
| AI INTERNATIONAL HOLDINGS (BVI) LTD., | |
| Plaintiff, | **Re: Adv. D.I. 17** |
| -against- | |
| MUFG UNION BANK, N.A.; as administrative and collateral agent and UNIONBANCAL EQUITIES, INC. | |
| Defendants. | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing on the *Defendant's Motion for Summary Judgment* [Adv. D.I. 17] (the "Motion") is complete.

PLEASE TAKE FURTHER NOTICE that the following documents are relevant to the Court's consideration of the Motion and will be delivered to chambers in the Notice of Completion of Briefing Binder:

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases ("Debtors"), which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

1. Complaint [Adv. D.I. 1, 6/2/18]

2. Order Approving Stipulation Extending Time for Defendants Answer or Respond to Complaint [Adv. D.I. 5, 6/18/18]

3. Order Approving Stipulation Further Extending Time for Defendants Answer or Respond to Complaint [Adv. D.I. 9, 8/10/18]

4. Answer and Affirmative Defenses of Defendants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. [Adv. D.I. 13, 8/27/18]

5. Defendants' Motion for Summary Judgment [Adv. D.I. 17, 9/7/18]

6. Brief in Support of the Defendants' Motion for Summary Judgment [Adv. D.I. 18, 9/7/18]

7. Declaration of Michael S. Neiburg in Support of the Defendants' Motion for Summary Judgment [Adv. D.I. 19, 9/7/18]

8. Order Approving Stipulation Relating to the Defendants' Summary Judgment Motion [Adv. D.I. 21, 9/20/18]

9. AI International Holdings (BVI) Ltd.'s Opposition to Defendants' Motion for Summary Judgment [Adv. D.I. 27, 10/5/18]

10. Declaration of Bennett Murphy in Support of AI International Holdings (BVI) Ltd.'s Opposition to Defendants' Motion for Summary Judgment [Adv. D.I. 28, 10/5/18]

11. Reply Brief in Support of the Defendants' Motion for Summary Judgment [Adv. D.I. 32, 10/19/18]

12. Plaintiff's Request for Oral Argument with Respect to Defendants' Motion for Summary Judgment [Adv. D.I. 33, 10/22/18]

*[Signature page follows]*

| | | |
|---|---|---|
| Dated: | October 31, 2018<br>Wilmington, Delaware | */s/ Sean M. Beach*<br>Robert S. Brady, Esq. (No. 2847)<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Elizabeth S. Justison (No. 5911)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  rbrady@ycst.com<br>          sbeach@ycst.com |

*Counsel to Defendants*

-and-

SIDLEY AUSTIN LLP
Jennifer C. Hagle, Esq. (*pro hac vice*)
Ariella Thal Simonds, Esq. (*pro hac vice*)
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600
Email:  jhagle@sidley.com
          asimonds@sidley.com

*Counsel to Defendant MUFG Union Bank, N.A.*

-and-

KATTEN MUCHIN ROSENMAN LLP
William B. Freeman (*pro hac vice*)
Jerry L. Hall (*pro hac vice*)
515 South Flower Street
Suite 1000
Los Angeles, California 90071-2212
Telephone:  (212) 940-8800
Facsimile:  (212) 940.8776
Email: bill.freeman@kattenlaw.com
          jerry.hall@kattenlaw.com

*Counsel to Defendant UnionBanCal Equities, Inc.*