## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                                                      : Chapter 11

                                                             :

The Weinstein Company Holdings LLC, *et al.*,[1]            : Case No. 18-10601 (MFW)

                                                             :

           Debtors.                                         : (Jointly Administered)

                                                             :

-------------------------------------------------------------- x

AI INTERNATIONAL HOLDINGS (BVI) LTD.,                       : Adversary Case No. 18-50486 (MFW)

                                                             :

                 Plaintiff,                                 :

           vs.                                              :

                                                             :

MUFG UNION BANK, N.A.; as administrative                    :
and collateral agent and UNION BANCAL                       :
EQUITIES, Inc.,                                             :

                                                             :

                 Defendants.                                :

-------------------------------------------------------------- x

### *SECOND AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 6, 2018 AT 2:00 P.M. (ET)[3]

## I.     CONTINUED / RESOLVED MATTERS:

1.     Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtors' Assets, (D) Approving Form and Manner of

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of Debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the November 6, 2018 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **noon (ET) on Monday, November 5, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 8 - filed March 20, 2018]

Cure Objections, Assumption and Assignment Objections, and Other Related Objections / Response Deadline:

Notice at Docket No. 216: April 30, 2018 at 4:00 p.m. (ET); extended until May 3, 2018 at 4:00 p.m. (ET) for Nu Image, Inc., Sony, Bunim/Murray Productions, Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Tunes, a division of Songs of Universal Inc., Capitol Christian Music Group, and CMG Publishing, Interscope Records, a division of UMG Recordings, Inc., and any other Universal Music entity, Angry Blonde Productions, Inc., Shady Records, Inc., Shroom Shady Music, LLC, and Marshall B. Mathers (entities as part of a transaction with Interscope Records, a Universal entity)

Notice at Docket No. 282: May 3, 2018 at 4:00 p.m. (ET); extended until May 7, 2018 at 4:00 p.m. (ET) for A&E Television Networks, LLC (and its related entities, including Lifetime Entertainment Services)

Notice at Docket No. 482: May 7, 2018 at 4:00 p.m. (ET); extended until May 15, 2018 at 4:00 p.m. (ET) for Saving Santa The Movie, Ltd. and until May 16, 2018 at 4:00 p.m. (ET) for Jeff Abbott

Cure Objections, Assumption and Assignment Objections, and Other Related Objections Received: See Exhibit A attached hereto.

Related Documents:

i.      Notice of Second Supplemental Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 482 - filed April 27, 2018]

ii.     Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 846 - entered May 9, 2018]

iii.    Notice of Filing of Final List of Potentially Assume Contracts and Leases [Docket No. 860 - filed May 10, 2018]

iv.   Order Approving Amendment to Asset Purchase Agreement Entered Into By and Between the Debtors and Lantern Entertainment LLC [Docket No. 1220 - entered July 11, 2018]

Status: The status of the outstanding cure objections, assumption and assignment objections, and other related objections received is noted on Exhibit A attached hereto.

2.   Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 598 - filed April 30, 2018]

Objection / Response Deadline:       May 8, 2018 at 11:30 a.m. (ET)

Objections / Responses Received:

A.   Informal comments received from the Office of the United States Trustee for the District of Delaware (the "UST")

Related Documents:

i.   Order Granting Motion of Wind River Productions, LLC, for Expedited Hearing and Shortened Notice Regarding the Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 633 - entered April 30, 2018]

ii.   Notice of Hearing Regarding Motion to Seal the Objection of Wind River Productions, LLC, to the Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts and Reservation of Rights with Respect to the Debtors' Sale Motion and File a Redacted Version of Such Objection [Docket No. 648 - filed May 1, 2018]

Status: The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET).

3.   Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1003 - filed June 8, 2018] (the "Notice of Non-Executory Contracts")

Objection / Response Deadline:       June 18, 2018 at 4:00 p.m. (ET); extended for certain of the parties listed on Exhibit B attached hereto.

<u>Objections / Responses Received</u>:    See <u>Exhibit B</u> attached hereto.

<u>Related Documents</u>:  None at this time.

<u>Status</u>: The status of the outstanding objections received is noted on <u>Exhibit B</u> attached hereto.

4.    Motion of Sony Pictures Entertainment, Inc. and Certain of Its Affiliates to File Under Seal the Appendix of Exhibits to the Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1014 - filed June 13, 2018]

<u>Objection / Response Deadline</u>:   To be presented at the hearing.

<u>Objections / Responses Received</u>:    None at this time.

<u>Related Documents</u>:

i.    [SEALED] Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 926 - filed May 24, 2018]

ii.   Amended Appendix of Exhibits in Support of Updated and Supplemental Limited Objection and Reservation of Rights by Sony Pictures Entertainment Inc. et al. to Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 1112 - filed June 27, 2018]

<u>Status</u>: The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET).

5.    Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1457 - filed September 5, 2018]

<u>Objection / Response Deadline</u>:        September 17, 2018 at 4:00 p.m. (ET)

<u>Objections / Responses Received</u>:    See <u>Exhibit C</u> attached hereto.

<u>Related Documents</u>:

i.    Supplemental Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 846] [Docket No. 1512 – filed September 20, 2018]

<u>Status</u>: The status of the outstanding objections received is noted on <u>Exhibit C</u> attached hereto.

RLF1 20249194v.1

6.      Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1466 - filed September 7, 2018]

Objection / Response Deadline:   September 21, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:     None.

Related Documents:

i.      Declaration of Simon Gillis in Support of Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1468 - filed September 7, 2018]

ii.     Order Granting Motion to Set Hearing Date and Shorten Notice Period with Respect to Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1475 - entered September 10, 2018]

iii.    Notice of Hearing Regarding Motion of Counterparty Cross City Films Ltd. to Compel Assumption or Rejection of Executory Contracts [Docket No. 1476 - filed September 10, 2018]

iv.     Certification of Counsel Regarding Order Approving Stipulation By and Between Debtors, Cross City Films Limited, Lantern Entertainment LLC, Bank of America, N.A. and Water Productions Limited for Rejection of Executory Contracts [Docket No. 1614 - filed October 18, 2018]

v.      Order Approving Stipulation By and Between Debtors, Cross City Films Limited, Lantern Entertainment LLC, Bank of America, N.A. and Water Productions Limited for Rejection of Executory Contracts [Docket No. 1615 - entered October 18, 2018]

Status: On October 18, 2018, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

7.      Debtors' Second Motion to Extend the Deadline By Which the Debtors May Remove Civil Actions [Docket No. 1603 - filed October 15, 2018]

Objection / Response Deadline:   October 29, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:     None.

Related Documents:

i.      Certificate of No Objection Regarding Debtors' Second Motion to Extend the Deadline By Which the Debtors May Remove Civil Actions [Docket No. 1634 - filed October 30, 2018]

    ii.    Second Order Extending the Deadline By Which the Debtors May Remove Civil Actions [Docket No. 1638 - entered October 31, 2018]

    Status: On October 31, 2018, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    **MATTER GOING FORWARD:**

8.    Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1350 - filed August 13, 2018]

    Objection / Response Deadline:    August 29, 2018 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Informal letter response by Portfolio Funding Company LLC I

    B.    [SEALED] Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1415 - filed August 29, 2018]

    C.    [REDACTED] Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1416 - filed August 29, 2018]

    D.    Objection of Portfolio Funding Company LLC I to the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1419 - filed August 29, 2018]

    Related Documents:

    i.    Motion to File Under Seal Portions of Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1417 - filed August 29, 2018]

    ii.    [REDACTED] Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1513 – filed September 20, 2018]

    iii.    [SEALED] Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1514 – filed September 20, 2018]

iv.     Motion to File Under Seal Portions of the Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1515 – filed September 20, 2018]

v.      [REDACTED] Declaration of Robert A. Del Genio in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1596 - filed October 12, 2018]

vi.     [SEALED] Declaration of Robert A. Del Genio in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1597 - filed October 12, 2018]

vii.    Motion to File Under Seal Portions of the Declaration of Robert A. Del Genio in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1598 - filed October 12, 2018]

viii.   Notice of Filing Amended Stipulation Regarding Assumption and Assignment of Netflix Contracts [Docket No. 1651 - filed November 2, 2018]

Status: The hearing on this matter is going forward.

9.      Motion to File Under Seal Portions of Objection of Viacom International Inc. to Settlement Agreement Among the Debtors, Lantern and Netflix [Docket No. 1417 - filed August 29, 2018]

Objection / Response Deadline:      At or before the hearing.

Objections / Responses Received:      None.

Related Documents:   None at this time.

Status: The hearing on this matter is going forward.

10.     Motion to File Under Seal Portions of the Reply in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1515 - filed September 20, 2018]

Objection / Response Deadline:  At the hearing

Objections / Responses Received:   None.

Related Documents:

i.      Notice of Motion to File Under Seal Portions of the Reply in Support of the Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1520 - filed September 21, 2018]

Status: The hearing on this matter is going forward.

11.     Motion of Certain Contract Counterparties to Compel Assumption of Executory Contracts [Docket No. 1540 - filed September 25, 2018]

Objection / Response Deadline:   October 9, 2018 at 4:00 p.m. (ET); extended to November 5, 2018 at 10:00 a.m. (ET) for the Debtors and Lantern Entertainment LLC ("Lantern")

Objections / Responses Received:

A.      Joint Objection of Debtors and Lantern Entertainment LLC to Motion of Certain Contract Counterparties to Compel Assumption of Executory Contracts [Docket No. 1653 - filed November 5, 2018]

Related Documents:

i.      Declaration of Jeffrey S. Sabin in Support of Motion of Certain Contract Counterparties to Compel Assumption of Executory Contracts [Docket No. 1572 - filed October 8, 2018]

Status: The hearing on this matter is going forward.

12.     Motion to File Under Seal Portions of the Declaration of Robert A. Del Genio in Support of Motion of the Debtors and Lantern Entertainment, LLC Pursuant to Fed. R. Bankr. P. 9019 for Approval of Stipulation Regarding the Assumption and Assignment of Netflix Contracts [Docket No. 1598 - filed October 12, 2018]

Objection / Response Deadline:   At the hearing

Objections / Responses Received:     None.

Related Documents:   None.

Status:  The hearing on this matter will go forward.

13.     Motion of First Republic Bank for Order Granting Relief from Automatic Stay for Cause and Granting Related Relief [Docket No. 1635 - filed October 30, 2018]

Objection / Response Deadline:    November 2, 2018 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Reservation of Rights of Lantern Entertainment, LLC to Motion of First Republic Bank for Order Granting Relief from Automatic Stay for Cause and Granting Related Relief [Docket No. 1648 - filed November 2, 2018]

B.    Limited Response of Vertigo Prime, Inc. and Good Fear Film, Inc. to Motion of First Republic Bank for Order Granting Relief from the Automatic Stay [Docket No. 1649 - filed November 2, 2018]

C.    Limited Objection and Reservation of Rights by the Screen Actors Guild-American Federation of Television and Radio Artists, and the Writers Guild of America, West, Inc., to Motion of First Republic Bank for Order Granting Relief from Automatic Stay [Docket No. 1656 - filed November 5, 2018]

Related Documents:

i.    Order (I) Granting Motion to Shorten Notice Period with Respect to Motion of First Republic Bank for Order Granting Relief from Automatic Stay for Cause and Granting Related Relief [Docket No. 1643 - entered November 1, 2018]

ii.    Notice of Hearing Regarding Motion of First Republic Bank for Order Granting Relief from Automatic Stay for Cause and Granting Related Relief [Docket No. 1644 - filed November 1, 2018]

iii.    Supplemental Statement of First Republic Bank in Connection with Motion for Order Granting Relief from Automatic Stay for Cause and Granting Related Relief [Docket No. 1647 - filed November 2, 2018]

Status: The hearing on this matter will go forward.

## III.    ADVERSARY MATTERS:

14.    Pre-trial Conference, *AI International Holdings (BVI) Ltd. v. MUFG Union Bank, N.A. and Union Bancal Equities, Inc.*, Adv. Pro. No. 18-50486 (MFW)

Answer Deadline:    August 27, 2018

Related Documents:

i.    Complaint [Adv. Docket No. 1 - filed June 2, 2018]

ii.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 - filed June 4, 2018]

9

iii.   Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint [Adv. Docket No. 5 - entered June 18, 2018]

iv.   Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint [Adv. Docket No. 9 - entered August 10, 2018]

v.   Answer and Affirmative Defenses of Defendants MUFG Union Bank, N.A. and UnionBanCal Equities, Inc. [Adv. Docket No. 13 - filed August 27, 2018]

vi.   Defendants' Motion for Summary Judgment [Adv. Docket No. 17 - filed September 7, 2018]

vii.   Brief in Support of the Defendants' Motion for Summary Judgment [Adv. Docket No. 18 - filed September 7, 2018]

viii.   Declaration of Michael S. Neiburg in Support of the Defendants' Motion for Summary Judgment [Adv. Docket No. 19 - filed September 7, 2018]

ix.   Order Approving Stipulation Relating to the Defendants' Summary Judgment Motion [Adv. Docket No. 21 - entered September 20, 2018]

x.   AI International Holdings (BVI) Ltd.'s Opposition to Defendants' Motion for Summary Judgment [Adv. Docket No. 27 - filed October 5, 2018]

xi.   Declaration of Bennett Murphy in Support of AI International Holdings (BVI) Ltd.'s Opposition to Defendants' Motion for Summary Judgment [Adv. Docket No. 28 - filed October 5, 2018]

xii.   Reply Brief in Support of the Defendants' Motion for Summary Judgment [Adv. Docket No. 32 - filed October 19, 2018]

xiii.   Plaintiff's Request for Oral Argument with Respect to Defendants' Motion for Summary Judgment [Adv. Docket No. 33 - filed October 22, 2018]

**Status: The pre-trial conference on this matter has been adjourned to the omnibus hearing scheduled for December 17, 2018 at 10:30 a.m. (ET).**

Dated: November **6**, 2018
        Wilmington, Delaware

*/s/  David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**CRAVATH, SWAINE & MOORE LLP**
Paul H. Zumbro (admitted *pro hac vice*)
George E. Zobitz (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the Debtors and Debtors in Possession*

**Exhibit A -** *Cure Objections, Assumption and Assignment Objections, and Other Related Objections*

| Tab | Respondent | Status |
|---|---|---|
| A. | Bank Hapoalim B.M. [Docket No. 444 - filed April 26, 2018] [Supplemental Objection at Docket No. 1020 - filed June 15, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| B. | Timur Bekmambetov, Bazelevs U.S., Inc., Tengri, Inc., and Mirsand Limited [Docket No. 454 - filed April 26, 2018] [Supplemental Objection at Docket No. 666 - filed May 2, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| C. | Endemol Shine International Limited [Docket No. 481 - filed April 27, 2018] [Supplemental Objection at Docket No. 644 - filed May 1, 2018] [Joint Reply at Docket No. 1565 - filed October 4, 2018] | The Court entered an order approving a stipulation setting forth a case schedule for this matter. An evidentiary hearing is scheduled for March 6 and 7, 2019. |
| D. | Heidi Klum Company LLC, Heidi Klum LLC, and Heidi Klum [Docket No. 498 - filed April 27, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| E. | Stephen King [Docket No. 500 - filed April 27, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| F. | Beta Film GmbH [Docket No. 501 - filed April 27, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

| Tab | Respondent | Status |
|-----|------------|--------|
| G. | Sun Distribution Group S.A. [Docket No. 504 - filed April 27, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| H. | BRB Internacional S.A. and Apolo Films SL [Docket No. 505 - filed April 27, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |
| I. | View Askew Productions Inc. and Snoogans Inc. f/s/o Kevin Smith [Docket No. 506 - filed April 30, 2018 and Docket No. 507 - filed April 30, 2018] | **The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET).** |
| J. | Voltage Pictures, LLC and Geronimo Nevada, LLC [Docket No. 509 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| K. | Kanbar Entertainment, LLC and Hoodwinked, LLC [Docket No. 510 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |
| L. | Viacom International Inc. [Docket No. 511 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| M. | Digital Cinema Implementation Partners, LLC [Docket No. 512 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |

RLF1 20249194v.1

| Tab | Respondent | Status |
|-----|------------|--------|
| N. | J.C. Penney Corporation, Inc. [Docket No. 515 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| O. | Wanda Pictures (Hong Kong) Co., Ltd. [Docket No. 516 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| P. | Netflix Global LLC, Netflix International B.V., Netflix Studios LLC, and Netflix, Inc. [Docket No. 517 - filed April 30, 2018] [Redacted Supplemental Objection at Docket No. 819 - filed May 7, 2018; Sealed Supplemental Objection at Docket No. 834 - filed May 8, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| Q. | Annapurna Pictures, Inc. [Docket No. 521 - filed April 30, 2018] [Supplemental at Docket No. 767 - filed May 4, 2018; Amended Supplemental at Docket No. 869 - filed May 11, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| R. | Cross City Films Ltd. [Docket No. 522 - filed April 30, 2018] | On October 18, 2018, the Court entered an order approving a stipulation regarding this matter. Accordingly, certain portions of this matter are moot. The unresolved portions of this matter have been continued to December 17, 2018 at 10:30 a.m. (ET). |
| S. | OWN LLC [Docket No. 523 - filed April 30, 2018; Docket No. 703 - filed May 3, 2018] [Supplemental Response at Docket No. 934 - filed May 25, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| T. | Sartraco, Inc. and Related Parties [Docket No. 524 - filed April 30, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

RLF1 20249194v.1

| Tab | Respondent | Status |
|---|---|---|
| U. | Technicolor [Docket No. 525 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| V. | Black Bear Pictures [Docket No. 527 - filed April 30, 2018] [Declaration at Docket No. 530 - April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| W. | The Bully Project, LLC and Lee Hirsch [Docket No. 532 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| X. | Studiocanal S.A.S. ("Studiocanal"), Gaumont S.A., Wild Bunch, S.A., Delta Last Legion Ltd., Quinta Communications S.A., and Orange Studio (Formerly Studio 37) [Docket No. 533 - filed April 30, 2018] [Docket No. 597 - filed April 30, 2018] [Declarations at Docket Nos. 618, 620, 621, 669, 670, 673 - filed April 30, 2018 and May 2, 2018] [Supplemental Objection at Docket No. 818 - filed May 7, 2018] | The Court entered an order approving a stipulation attached thereto resolving certain portions of this matter at Docket No. 1607 for Studiocanal. The unresolved portions of this matter have been continued to December 17, 2018 at 10:30 a.m. (ET). |
| Y. | Cykel Corp. and Jake Gyllenhaal [Docket No. 534 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| Z. | Speedee Distribution, LLC [Docket No. 536 - filed April 30, 2018] [Supplemental Objection at Docket No. 998 - filed June 8, 2018] | This matter is resolved and has been withdrawn [Notice at Docket No. 1507 - filed September 19, 2018]. |
| AA. | Pink Fox, Inc., and Rachel McAdams [Docket No. 539 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| BB. | FilmNation Entertainment, LLC, FilmNation International, LLC, FilmNation Features, LLC, West 150 Productions, LLC, and 22nd Street Entertainment, LLC [Docket No. 540 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| CC. | Jennifer Lawrence and Floffin, Inc. Concerning the Film Silver Linings Playbook [Docket No. 543 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| DD. | The Pippin Owners [Sealed at Docket No. 546 - filed April 30, 2018; Redacted at Docket No. 552 - filed April 30, 2018] [Amended Objection at Docket No. 855 - filed May 10, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| EE. | JPC Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack [Docket No. 547 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| FF. | Visiona Romantic, Inc., et al. [Docket No. 550 - filed April 30, 2018; Docket No. 713 - filed May 3, 2018] [Supplemental Response at Docket No. 933 - filed May 25, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| GG. | MUFG Union Bank, N.A. [Docket No. 551 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| HH. | Opus Bank [Docket No. 553 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| II. | Leonardo DiCaprio and Birken Productions, Inc. Concerning the Film Django Unchained [Docket No. 555 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| JJ. | First Republic [Docket No. 556 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| KK. | Wind River Productions, LLC [Sealed at Docket No. 558 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

RLF1 20249194v.1

| Tab | Respondent | Status |
|---|---|---|
| LL. | Celestial Productions Limited [Docket No. 560 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| MM. | Miramax Film NY, LLC [Sealed at Docket No. 561 - filed April 30, 2018; Redacted at Docket No. 564 - filed April 30, 2018] [Supplemental Objection at Docket No. 722 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| NN. | Company Men Productions, Inc., Concerning the Film The Company Men [Docket No. 562 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| OO. | John Fusco, Giovanni Fusco and Mud City Moving Picture Co. f/s/o John Fusco [Docket No. 565 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| PP. | Entertainment One [Docket No. 566 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| QQ. | Sing Street Distribution, LLC, Sing Street Distribution and Sing Street Distribution LLC [Docket No. 567 - filed April 30, 2018; Docket No. 724 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| RR. | Amazon Digital Services LLC, Amazon Media EU Sarl, Amazon.com International Sales, Inc. and Amazon Content Services LLC [Docket No. 568 - filed April 30, 2018] | This matter is resolved subject to entry of an agreed form of order to be submitted by the Debtors under certification of counsel. |
| SS. | Hotel Mumbai Pty Ltd. [Docket No. 569 - filed April 30, 2018] | This matter is resolved. |

RLF1 20249194v.1

| Tab | Respondent | Status |
|---|---|---|
| TT. | Content Partners Fund 3 SPV LP and Content Partners Fund 3 SPV1 LP [Docket No. 571 - filed April 30, 2018] | This matter is resolved, subject to the terms set forth in the *Stipulation Among the Debtors, Lantern Entertainment LLC, Content Partners Fund 3 SPV LP, and Content Partners Fund 3 SPV1 LP* (the "Stipulation").  The Court entered an order approving the Stipulation at Docket No. 1562. |
| UU. | Jerry's Brother, Inc., and David S. Zucker [Docket No. 572 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| VV. | Amazon Studios LLC [Docket No. 573 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| WW. | Tele Munchen [Docket No. 574 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| XX. | Turner Entertainment Networks, Inc. [Docket No. 575 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| YY. | Adaptive Studios, Inc. [Docket No. 576 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| ZZ. | Ab Svensk Filmindustri [Docket No. 577 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| AAA. | Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov [Docket No. 578 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

| Tab | Respondent | Status |
|-----|-----------|--------|
| BBB. | Estate of Wes Craven [Docket No. 580 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| CCC. | Sabajka Productions II, Inc., and Julia Roberts [Docket No. 585 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| DDD. | IT Follows Productions LLC [Docket No. 586 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| EEE. | Home Box Office, Inc. [Docket No. 587 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| FFF. | Meryl Streep [Docket No. 588 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| GGG. | PC Films, LLC, Willie Lump Lump Enterprises, Inc., Bill Murray, Goldenlight Films, Inc., and Ted Melfi [Docket No. 589 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| HHH. | Scavenger, LLC [Docket No. 590 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| III. | WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc. [Docket No. 592 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| JJJ. | East West Bank [Docket No. 593 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| KKK. | Butler Films LLC [Docket No. 595 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

RLF1 20249194v.1

| Tab | Respondent | Status |
|---|---|---|
| LLL. | Channel 271 Productions LLC [Docket No. 596 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| MMM. | Bank of America, N.A. [Docket No. 599 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| NNN. | Potter, Inc. and Brad Pitt [Docket No. 600 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| OOO. | Portfolio Funding Company LLC I [Sealed at Docket No. 603 - filed April 30, 2018] [Redacted at Docket No. 604 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| PPP. | Creative Artists Agency, LLC [Docket No. 601 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| QQQ. | Bruce Cohen Productions and Bruce Cohen [Docket No. 607 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| RRR. | Author [Docket No. 613 - filed April 30, 2018] [Revised Exhibit A at Docket No. 791 - filed May 7, 2018] [Supplemental Objection at Docket No. 913 - filed May 18, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |
| SSS. | Lesia Anson [Docket No. 630 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| TTT. | IP Management, Inc., Proceeding Pro Se [Docket No. 632 - filed April 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

RLF1 20249194v.1

| Tab | Respondent | Status |
|-----|-----------|--------|
| UUU. | Contract Counterparties [Wang Qin, Wang Hong, Amityville Horror Enterprises, LLC, Cindy Lee Stock, Noel Lutz, Gabrielle Lutz, Melissa Irwin, Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, Chris Bender, 22nd and Indiana Inc., Bradley Cooper, Tim Gunn Productions Inc., Tim Gunn, Fade to Black Productions, Inc., Tom Ford, Outerbanks Entertainment, Inc., Kevin Williamson, Music For the People and Mark Wahlberg] [Docket No. 668 - filed May 2, 2018] | Certain portions of this matter are resolved. The Court entered orders approving stipulations attached thereto resolving certain portions of this matter at Docket No. 1573 for Wang Qin and Wang Hong, and Docket No. 1574 for Vertigo Prime Inc., Good Fear Film, Inc., Roy Lee, and Chris Bender. The Debtors understand that Lantern has been in discussions with certain counterparties and that Lantern is no longer interested in acquiring the Tim Gunn Productions Inc. and Tim Gunn contract(s) subject to objection. Accordingly, the objection regarding the Tim Gunn Productions Inc. and Tim Gunn contracts subject to objection is moot. The unresolved portions of this matter have been continued to December 17, 2018 at 10:30 a.m. (ET). |
| VVV. | Frank Miller Inc. and Frank Miller [Docket No. 683 - filed May 2, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| WWW. | Bunim/Murray Productions, LLC [Docket No. 688 - filed May 2, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |

10

| Tab | Respondent | Status |
|---|---|---|
| XXX. | Full Picture, Inc. and Full Picture, LLC [Docket No. 691 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| YYY. | Ringleader Studios, Inc. [Docket No. 692 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| ZZZ. | Lions Gate Entertainment Corp., Lions Gate Films Inc., Anchor Bay Entertainment LLC, Starz LLC, Starz Media, LLC and Starz Entertainment LLC [Docket No. 694 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| AAAA. | Fremantlemedia [Docket No. 695 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| BBBB. | Celestial Productions [Docket No. 697 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| CCCC. | Jennifer Aniston and Two Eleven Productions, Inc., Concerning the Film Derailed [Docket No. 699 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| DDDD. | Sony Pictures Entertainment Inc. et. al. [Docket No. 701 - filed May 3, 2018] [Redacted Version of Updated and Supplemental Objection at Docket No. 926 - filed May 24, 2018; Sealed Version of Updated and Supplemental Objection at Docket No. 927 - filed May 24, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| EEEE. | Jackpot Productions Limited f/s/o Jack Whitehall and James Graham [Docket No. 702 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

11

| Tab | Respondent | Status |
|---|---|---|
| FFFF. | S. Carter Enterprises LLC's and Shawn C. Carter a/k/a Jay-Z [Docket No. 706 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| GGGG. | di Bonaventura Pictures, Inc., and Lorenzo di Bonaventura [Docket No. 707 - filed May 3, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| HHHH. | Universal Music Enterprises, Universal Music Corp., Songs of Universal, Inc., Universal Tunes, Capitol Christian Music Group, and Capital CMG Publishing [Docket No. 708 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| IIII. | Interscope Records, a Division of UMG Recordings, Inc., Angry Blonde Productions, Inc. Furnishing the Services of Marshall B. Mathers III, Shady Records, Inc., and Shroom Shady Music, LLC [Docket No. 709 - filed May 3, 2018] | This matter has been withdrawn. |
| JJJJ. | In the Heights Owners [Sealed at Docket No. 710 - filed May 3, 2018] [Redacted at Docket No. 711 - filed May 3, 2018] [Amended at Docket No. 856 - filed May 10, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| KKKK. | 2929 Productions LLC [Docket No. 714 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| LLLL. | Nu Image, Inc. [Docket No. 715 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

| Tab | Respondent | Status |
|-----|-----------|--------|
| MMMM. | Entertainment One [Docket No. 717 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| NNNN. | Brett Matthews [Docket No. 718 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| OOOO. | Sun Distribution Group S.A. [Docket No. 719 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| PPPP. | Showtime Networks Inc. [Docket No. 720 - filed May 3, 2018] [Supplemental Objection at Docket No. 1224 - filed July 11, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring certain of the contract(s) subject to objection. Accordingly, the objection with respect to certain of the contract(s) is moot. The unresolved portions of this matter have been continued to December 17, 2018 at 10:30 a.m. (ET). |
| QQQQ. | Unifi Completion Guaranty Insurance Solutions, Inc. as Agent and Attorney-in-Fact for Atlantic Specialty Insurance Company [Docket No. 721 - May 3, 2018] [Supplemental Objection at Docket No. 950 - filed May 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| RRRR. | Kristen Bell and Sugarbell, Inc. [Docket No. 727 - Filed May 3, 2018] [Amended at Docket No. 785 - Filed May 7, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| SSSS. | Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation [Docket No. 728 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

| Tab | Respondent | Status |
|---|---|---|
| TTTT. | Kevin Hart and K. Hart Enterprises, Inc. [Docket No. 733 - filed May 3, 2018] [Amended at Docket No. 786 - filed May 7, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| UUUU. | Directors Guild of America, Inc., Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc., Their Respective Pension and Health Plans, and the Motion Picture Industry Pension and Health Plans [Docket No. 742 - filed May 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| VVVV. | Arclight Films [Docket No. 771 - filed May 4, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| WWWW. | British Broadcasting Corporation (BBC) [Docket No. 821 - filed May 7, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| XXXX. | Jeff Abbott [Docket No. 892 - filed May 16, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| YYYY. | Univision Networks & Studios, Inc. [Docket No. 912 - filed May 18, 2018] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring certain of the contract(s) subject to objection. Accordingly, the objection is partially moot. The unresolved portions of this matter have been continued to December 17, 2018 at 10:30 a.m. (ET). |

RLF1 20249194v.1

| Tab | Respondent | Status |
|---|---|---|
| ZZZZ. | Hachette Book Group [Docket No. 949 - filed May 30, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| AAAAA. | BBC Worldwide Limited [Docket No. 964 - filed June 1, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| BBBBB. | Harkins Administrative Services, Inc. [Docket No. 1103 - filed June 22, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| CCCCC. | Jon Gordon and Jon Gordon Productions, Inc. [Docket No. 1274 - filed July 27, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| DDDDD. | CBS Networks, Inc. [Informal Response] | The Debtors understand that Lantern has been in discussions with the counterparty and that Lantern is no longer interested in acquiring the contract(s) subject to objection.  Accordingly, the objection is moot. |
| EEEEE. | SP JGAG, LLC and Jane Got a Gun Production Co. LLC [Informal Response] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| FFFFF. | The Sapphires Film Holdings Pty Ltd [Informal Response] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

15

**Exhibit B**

| Tab | Objection | Status |
|-----|-----------|--------|
| A. | Frank Miller Inc.'s and Frank Miller's (A) Objection to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and (B) Supplemental Objection to Proposed Assumption and Assignment of Certain Contracts [Docket No. 1039 - filed June 18, 2018] | The Debtors understand that Lantern has been in discussions with the counterparties and that Lantern is no longer interested in acquiring the contract(s) subject to objection. Accordingly, the objection is moot. |
| B. | Objection of Kanzeon Corp. and David O. Russell to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1040 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| C. | [SEALED] Objection of Speedee Distribution, LLC to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1041 - filed June 18, 2018] [Redacted at Docket No. 1044 - filed June 18, 2018] | This matter is resolved and has been withdrawn [Notice at Docket No. 1507 - filed September 19, 2018]. |
| D. | Objection of Potter, Inc., and Brad Pitt to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1042 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| E. | Objection of Bazelevs U.S., Timur Bekmambetov, Mirsand Limited, Tengri, Inc. and Mirsand Limited re Executory Nature of Current War Producing Service Agreement and Amendment Thereto [Docket No. 1043 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

| Tab | Objection | Status |
|---|---|---|
| F. | Objection of Bruce Cohen Productions and Bruce Cohen to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1045 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| G. | Objection of Dynamic '88 Productions, Inc., George Clooney, Good Lie, Inc., and Grant Heslov to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1046 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| H. | Objection of 22nd and Indiana Inc. and Bradley Cooper to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1048 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| I. | Objection of Meryl Streep to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1049 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| J. | Objection of Canal Productions, Inc. and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1050 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

RLF1 20249194v.1

| Tab | Objection | Status |
|---|---|---|
| K. | Response and Reservation of Rights of The Estate of Wes Craven Regarding Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1052 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| L. | Objection of Willie Lump Lump Enterprises, Inc., and Bill Murray to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1055 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| M. | Objection of Cykel Corp. and Jake Gyllenhaal to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1057 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| N. | Objection of Sabjaka Productions II, Inc., and Julia Roberts to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1058 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| O. | Joinder of Jennifer Lawrence and Floffin, Inc. to the Objections Filed by (I) Kanzeon Corp. and David O. Russell, (II) 22nd and Indiana Inc. and Bradley Cooper, and (III) Canal Productions, Inc., and Robert De Niro to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1059 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

3

| Tab | Objection | Status |
|---|---|---|
| P. | Objection of Pink Fox, Inc., and Rachel McAdams to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1062 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| Q. | Objection of Donna Gigliotti to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1063 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| R. | Response of Visiona Romantica, Inc. and Quentin Tarantino to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC and Reservation of Rights [Docket No. 1064 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| S. | Response to and Reservation of Rights of JCP Enterprises, Inc., New Crime Productions, LLC, Cusack Enterprises, LLC, and John Cusack to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1065 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| T. | Objection of Jerry's Brother, Inc., and David Zucker to Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC; and Reservation of Rights [Docket No. 1066 - filed June 18, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

RLF1 20249194v.1

| Tab | Objection | Status |
|-----|-----------|--------|
| U. | Limited Objection and Reservation of Rights of Miramax Film NY, LLC to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1067 - filed June 19, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| V. | Objection of Wang Qin and Wang Hong to the Debtors' Statement Regarding Contracts to Be Transferred Pursuant to the Asset Purchase Agreement with Lantern Entertainment LLC [Docket No. 1231 - filed July 11, 2018] | This matter is resolved.  The Court entered an order approving a stipulation attached thereto resolving the matter at Docket No. 1573. |

**Exhibit C**

| Tab | Objection | Status |
|---|---|---|
| A. | Response of Luge Club Productions, Inc. to Notice of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1488 - filed September 17, 2018 | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| B. | Response and Reservation of Rights of OWN LLC to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1489 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| C. | Response and Reservation of Rights of Visiona Romantica, Inc., et al., to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1490 - filed September 17, 2018] [Supplemental Response at Docket No. 1561 - filed October 3, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| D. | Response and Reservation of Rights of Plural Jempsa, S.L. in Response to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1491 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| E. | Limited Objection of Viacom International Inc. to Notice of Filing of List of Assumed Contracts [Docket No. 1493 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| F. | Response and Reservation of Rights of Home Box Office, Inc. to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1494 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

| Tab | Objection | Status |
|-----|-----------|--------|
| G. | Response and Reservation of Rights of Turner Entertainment Networks, Inc. to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1495 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| H. | Response and Reservation of Rights of Executory Contract Counterparties to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1496 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| I. | Limited Objection of Certain Contract Counterparties to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order and Reservation of Rights [Docket No. 1497 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| J. | Objection of Jon Gordon and Jon Gordon Productions, Inc. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order; and Reservation of Rights [Docket No. 1498 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| K. | Response and Reservation of Rights of Wanda Pictures (Hong Kong) Co., Ltd. to Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1499 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |
| L. | Response and Reservation of Rights of Brett Matthews to Debtors' Notice of Filing of List of Assumed Contracts Pursuant to Sale Order [Docket No. 1500 - filed September 17, 2018] | The hearing on this matter has been continued to December 17, 2018 at 10:30 a.m. (ET). |

RLF1 20249194v.1